# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SREYNUON LUNN, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. __17-cv-10938_____ |
| | ) | |
| YOLANDA SMITH, Superintendent of | ) | |
| Suffolk County House of Correction, | ) | **ORAL ARGUMENT REQUESTED** |
| STEVEN W. TOMPKINS, Sheriff of | ) | |
| Suffolk County, | ) | |
| JOHN F. KELLY, United States Secretary | ) | |
| of Homeland Security, | ) | |
| THOMAS D. HOMAN, Director (acting), | ) | |
| United States Immigration and Customs | ) | |
| Enforcement, | ) | |
| CHRISTOPHER CRONEN, Director, | ) | |
| United States Immigration and Customs | ) | |
| Enforcement, Boston Field Office, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## MOTION FOR ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243 AND FOR AN EXPEDITED SCHEDULE

Petitioner Sreynuon Lunn has been unlawfully held in immigration detention on multiple occasions since June 25, 2008.  Most recently, the Department of Homeland Security ("DHS") detained Mr. Lunn on February 6, 2017, despite repeated refusals by Cambodia to issue travel documents to Mr. Lunn.  For the reasons articulated in his Memorandum of Law in Support of Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, Mr. Lunn, through the undersigned counsel, respectfully requests that the Court order Respondents to show cause why his Petition should not be granted, and provide an expedited schedule for this case.

Pursuant to 28 U.S.C. § 2243, a court "entertaining an application for a writ of habeas

corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted," unless it appears that the applicant is not so entitled. Section 2243 further provides that the writ or order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed," and that the court shall hold a hearing "not more than five days after the return unless for good cause additional time is allowed."

Because Mr. Lunn is being unlawfully subjected to immigration detention, he respectfully requests that the Court issue an Order to Show Cause under 28 U.S.C. § 2243 requiring Respondents' prompt response to his Petition.  He further requests that the Court schedule a hearing on the Petition within five days of Respondents' return, with an opportunity for Mr. Lunn to file a traverse or reply, pursuant to 28 U.S.C. § 2248, two days before the hearing.

[*SIGNATURE PAGE TO FOLLOW*]

Dated:  May 22, 2017

Respectfully submitted,

By: /s/  Kim B. Nemirow
       Kim B. Nemirow (BBO # 663258)
       Ropes & Gray LLP
       191 North Wacker Drive
       32nd Floor
       Chicago, IL 60606
       (312) 845-1200
       Kim.Nemirow@ropesgray.com

       Matthew Segal (BBO # 654489)
       Laura Rótolo (BBO # 665247)
       American Civil Liberties Union
       Foundation of Massachusetts
       211 Congress Street, Suite 301
       Boston, MA 02110
       (617) 482-3170
       msegal@aclum.org
       lrotolo@aclum.org

       *Attorneys for Petitioner Sreynuon Lunn*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN, )<br><br>          Petitioner, )<br><br>     v. )<br><br>YOLANDA SMITH )<br>Superintendent of Suffolk County )<br>House of Correction, )<br>STEVEN W. TOMPKINS, )<br>Sheriff of Suffolk County, )<br>JOHN F. KELLY, United States Secretary )<br>of Homeland Security, )<br>THOMAS D. HOMAN, Director (acting), )<br>United States Immigration and Customs )<br>Enforcement, )<br>CHRISTOPHER CRONEN, Director, )<br>United States Immigration and Customs )<br>Enforcement, Boston Field Office, )<br><br>          Respondents. )<br> ) | Case No.   17-cv-10938<br><br>**ORAL ARGUMENT REQUESTED** |

### (PROPOSED) ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243

Good cause appearing upon reading of the Petition for Writ of Habeas Corpus and the accompanying Memorandum of Law, it is hereby ordered that:

1.      Respondents shall answer the Petition by _____, 2017 to show cause why a writ of habeas corpus should not be issued.

2.      Petitioner may file a traverse by _____, 2017.

3.      A hearing on the Petition shall be held on _____, 2017.

Dated: _____          _____
                                                                         United States District Court Judge