# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>   Petitioner,<br><br>  v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction, STEVEN W. TOMPKINS, Sheriff of Suffolk County, JOHN F. KELLY, United States Secretary of Homeland Security, THOMAS D. HOMAN, Director (acting), United States Immigration and Customs Enforcement, CHRISTOPHER CRONEN, Director, United States Immigration and Customs Enforcement, Boston Field Office,<br><br>   Respondents. | Case No. 17-cv-10938-IT |

## CERTIFICATE OF SERVICE

I, Kim B. Nemirow, hereby certify that, on Wednesday, May 24, 2017, copies of the following documents were served upon the parties on the service list attached hereto as Exhibit A via overnight FedEx mail:

- Memorandum of Law in Support of Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket Number 3]
- Declaration of Kim Nemirow [Docket Number 4]
- Declaration of Sreynuon Lunn [Docket Number 5]
- Motion for Order to Show Cause Pursuant to 28 U.S.C. § 2243 and for an Expedited Schedule [Docket No. 6]
- Notice of Appearance [Docket No. 7]
- Notice of Appearance [Docket No. 9]
- Notice of Appearance [Docket No. 10]

Dated:  May 24, 2017                              */s/ Kim B. Nemirow*
                                                               Kim B. Nemirow

**Exhibit A**

Yolanda Smith
Suffolk County House of Correction
20 Bradston Street
Boston, MA 02118

Steven W. Tompkins
Suffolk County Sheriff's Department
200 Nashua St.
Boston, MA 02114

The Honorable John F. Kelly
Secretary of Homeland Security
Washington, D.C.  20528

Thomas D. Homan
U.S. Immigration and Customs Enforcement
500 12th St., SW
Washington, D.C. 20536

Christopher Cronen
Immigration and Customs Enforcement
Boston Field Office
1000 District Avenue
Burlington, MA 01803