UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SREYNUON LUNN, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 17-cv-10928-IT |
| | * | |
| YOLANDA SMITH, et al., | * | |
| | * | |
| Respondents. | * | |

SERVICE ORDER

May 25, 2017

TALWANI, D.J.

On May 22, 2017, petitioner Sreynuon Lunn, through counsel, filed a Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#1] and Motion for Order to Show Cause and for an Expedited Schedule [#6]. Lunn, an immigration detainee confined at the Suffolk County House of Correction, alleges that he has been subjected to a pattern of unlawful detention and seeks immediate release.  The petition names Yolanda Smith, Superintendent of the Suffolk County House of Correction, and other officials as respondents. The filing fee was paid.

Accordingly:

1.      Yolanda Smith, Superintendent of the Suffolk County House of Correction, shall be the sole respondent in this action. See Rumsfeld v. Padilla, 542 U.S. 426, 439 (2004) (immediate custodian of petitioner is proper respondent in habeas action); Vasquez v. Reno, 233 F.3d 688, 696 (1st Cir. 2000) (same, as applied to immigration detainee). The other persons identified as respondents shall be terminated as parties to this action.

2. The Clerk shall serve a copy of the petition upon (i) Yolanda Smith, Superintendent of the Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118; and (ii) the United States Attorney for the District of Massachusetts.

3. The Respondent shall respond to the petition <u>by May 29, 2017</u>. If the Respondent opposes the petition, she must file a memorandum setting forth the facts and legal arguments in support of her opposition.

4. The motion for order to show cause and for an expedited schedule (#6) shall be terminated as moot insofar as the petitioner seeks an order requiring the respondent to show cause why the petition should not be granted. The motion is denied without prejudice as to the petitioner's request for a hearing. Lunn may renew his request for a hearing once the respondent has filed her response to the petition.

5. Respondent shall give the court at least two business days' notice of any transfer of the Petitioner from the District of Massachusetts and the reason for such transfer.

**SO ORDERED.**

                                                                      /s/ Indira Talwani  
                                                                      Indira Talwani  
                                                                      United States District Judge

Dated: May 25, 2017