UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>       Petitioner,<br>v.<br><br>YOLANDA SMITH, Superintendent of<br>Suffolk County House of Correction,<br>*et al.*,<br>       Respondents. | ) <br> ) <br> ) Civil Action No. 17-10938-IT<br> ) <br> ) <br> ) **ORAL ARGUMENT REQUESTED**<br> ) <br> ) |

### ~~(PROPOSED)~~ ASSENTED-TO ORDER STAYING BRIEFING ON PETITION FOR WRIT OF HABEAS CORPUS

Good cause appearing upon reading of Petitioner's Motion to Stay Briefing on Petition for Writ of Habeas Corpus, it is hereby ORDERED that briefing in this matter is stayed.

IT IS SO ORDERED

Dated: Aug. 8, 2017

By: _/s/ Indira Talwani_
The Honorable Indira Talwani
United States District Judge