**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SREYNUON LUNN,<br><br>            Petitioner,<br>    v.<br><br>YOLANDA SMITH, Superintendent of<br>Suffolk County House of Correction,<br>*et al.*,<br>            Respondents. | )<br>)<br>)<br>)  Civil Action No. 17-10938-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO SEAL AND FOR LEAVE TO FILE A REDACTED DOCKET**
**PRIOR TO ALLOWING ELECTRONIC ACCESS TO THE DOCKET**

1.      On August 11, 2017, John A. Hawkinson filed a pro se Motion for an Order to Permit

Remote Access to Electronic Court Filings or to Permit the Public to Print and/or Copy Non-

Sealed Court Records ("Open the Docket").

2.      Petitioner Sreynuon Lunn, pursuant to Fed.R.Civ.P. Rule 5.2 and Local Rules 5.3 and

7.2, hereby moves the Court to seal and enter redacted docket entries related to his personal

information prior to opening the docket for public access.

3.      A number of filings currently under seal contain Petitioner Lunn's personal information,

including his Alien registration number ("A-Number"), birth date, medical information, and

information concerning his family.

4.      Mr. Lunn requests redacted versions of the following docket entries for the following

reasons:

      a.      Docket Entry 1: Contains birth date and medical information (Exhibit 1);

      b.      Docket Entry 3: Contains birth date and medical information (Exhibit 2);

      c.      Docket Entry 4: Contains A-Number and birth date (Exhibit 3);

       d.        Docket Entry 5: Contains birth date and medical information (Exhibit 4);

       e.        Docket Entry 16-1: Contains A-Number (Exhibit 5);

       f.        Docket Entry 18: Contains A-Number, address, and fingerprint (Exhibit 6);

       g.        Docket Entry 23-1: Contains A-Number (Exhibit 7); and

       h.        Docket Entry 28-1: Contains A-Number (Exhibit 8).

5.       Attached as exhibits are the aforementioned redacted docket entries to be entered for public view.

6.       WHEREFORE, Mr. Lunn respectfully requests that the Court enter the attached proposed Order.

Dated:  August 18, 2017

Respectfully submitted,

By: /s/  *Kim B. Nemirow*

Kim B. Nemirow (BBO # 663258)
Ropes & Gray LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
(312) 845-1200
Kim.Nemirow@ropesgray.com

Matthew R. Segal (BBO # 654489)
Laura Rótolo (BBO # 665247)
Adriana Lafaille (BBO # 680210)
American Civil Liberties Union
Foundation of Massachusetts
211 Congress Street, Suite 301
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
lrotolo@aclum.org
alafaille@aclum.org

Laura Murray-Tjan (BBO # 649609)
Federal Immigration Appeals Project,
PLLC
Six Beacon Street, Suite 900
Boston, MA 02108
(617) 580-1717
laura@fiapboston.com

*Attorneys for Petitioner Sreynuon Lunn*

## CERTIFICATE OF SERVICE

I, Kim B. Nemirow, hereby certify that, on August 18, 2017, the foregoing document was filed through the Electronic Court Filing system and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

Dated: August 18, 2017                                         */s/ Kim B. Nemirow*
                                                              Kim B. Nemirow

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on August 15, 2017, I conferred via email with counsel for Respondents concerning this Motion.  Respondents had no opposition to the relief requested in this Motion.

Dated: August 18, 2017                                         */s/ Kim Nemirow*
                                                              Kim Nemirow