# EXHIBIT 6

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN, | ) <br> ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | ) Case No. 17-cv-10938 <br> ) |
| YOLANDA SMITH, Superintendent of Suffolk County House of Correction, | ) Hon. Talwani <br> ) <br> ) <br> ) |
| Respondent. | ) <br> ) |

## DECLARATION OF KIM B. NEMIROW

I, KIM B. NEMIROW, hereby declare:

1. I am an attorney admitted to practice in this Court. I am a partner at Ropes & Gray LLP, counsel for Petitioner Sreynuon Lunn in the above-captioned action.

2. I submit this declaration in support of Mr. Lunn's Memorandum of Law in Opposition to Respondent's Motion to Dismiss. For the convenience of the Court, copies of certain documents referenced in the Memorandum are attached hereto as follows:

   a. Attached hereto as Exhibit A is a true and correct copy of U.S. Department of Homeland Security Immigration and Customs Enforcement's Order of Supervision for Sreynuon Lunn, dated May 25, 2017.

   b. Attached hereto as Exhibit B is a true and correct copy of U.S. Department of Homeland Security Immigration and Customs Enforcement's Release Notification for Sreynuon Lunn, dated May 24, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

                                                 Kim B. Nemirow (BBO # 663258)
                                                 Ropes & Gray LLP
                                                 191 North Wacker Drive
                                                 32nd Floor
                                                 Chicago, IL 60606
                                                 (312) 845-1200
                                                 Kim.Nemirow@ropesgray.com

EXECUTED on this 12 day of June, 2017 in Chicago, Illinois.

2

# EXHIBIT A

**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

Continuation Page for Form:   **I-220B**

| Alien's Name | File Number | Date |
|---|---|---|
| Lunn, Sreynuon | [redacted] | 05/25/2017 |

_Alien's Signature_

**Alien's Address**

[redacted]

Alien's Telephone Number (if any)

**RIGHT INDEX PRINT**

[redacted]

PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
|  |  |  |

| Signature | Title |
|---|---|
|  |  |

**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

**Order of Supervision**

File No: ▆▆▆▆
Date: 05/25/2017

Name: Lunn, Sreynuon

on ___06/25/2008___, you were ordered:
(Date of final order)

[ ] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
[X] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Immigration and Customs Enforcement Office of Detention and Removal has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[X] That you appear in person at the time and place specified, upon each and every request of the Immigration and Customs Enforcement, Office of Detention and Removal for identification and for deportation or removal.

[X] That upon request of the Immigration and Customs Enforcement Office of Detention and Removal, you appear for medical or psychiatric examination at the expense of the United States Government.

[X] That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other Information as the Immigration and Customs Enforcement Office of Detention and Removal considers appropriate.

[X] That you do not travel outside _Massachusetts_ for more than 48 hours without first having notified the Immigration
(Specify geographic limits, if any)
and Customs Enforcement Office of Detention and Removal office of the dates and places of such proposed travel.

[X] That you furnish written notice to Immigration and Customs Enforcement Office of Detention and Removal of any change of residence or employment within 48 hours of such change.

[X] That you report in person on _Monday, June 26, 2017 @ 11:30am_ to the service office at: _1000 District Avenue, Burlington, MA_ unless you are granted written permission to report on another date.

[X] That you assist the Immigration and Customs Enforcement Office of Detention and Removal in obtaining any necessary travel documents.

[X] Other: _Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program may result in a redetermination of your release conditions or your arrest and detention. If fitted with a GPS tracking ankle bracelet, do not tamper with or remove the device. Tampering with or damaging the device may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361._

[X] See attached sheet containing other specified conditions (Continue on separate sheet if required)

_(Signature of ICE Official)_

ADEL OJJA, DO
(Print name and title of INS official)

---

**Alien's Acknowledgment of Conditions of Release under an Order of Supervision**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _____ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_(Signature of ICE Official serving order)_    _(Signature of alien)_    5/25/2017
                                                                       Date

**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

**Order of Supervision-Addendum**

File No: ▮
Date: 05/25/2017

Name: Lunn, Sreynuon

[X] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide the ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide the ICE with written proof of such within 30 days. You must provide the ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide the ICE with written proof of such within 10 days.

[X] That you do not commit any crimes while on this Order of Supervision.

[X] That you report to any parole or probation officer, if applicable, within 5 business days and provide the ICE with written verification of the officers name, address, telephone number, and reporting requirements.

[X] That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

[X] That you provide the ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[X] That you provide the ICE with written responses from the Embassy or Consulate regarding your request.

[X] Any violation of the above conditions will / may result in revocation of your employment authorization document.

[X] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

[ X ] Other: You must submit evidence with in 30 days that you have filed a Motion To Re Open.

# EXHIBIT B

*Enforcement and Removal Operations*
*Boston Field Office*

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803



U.S. Immigration
and Customs
Enforcement

Sreynuon Lunn
C/o Suffolk County House of Correction
20 Bradston Street
Boston, MA 02118

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) have concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____    5/24/17
C.M. Cronen, Field Office Director            Date

www.ice.gov