UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SREYNUON LUNN, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 17-10938-IT |
| | * | |
| YOLANDA SMITH, et al., | * | |
| | * | |
| Respondents. | * | |

ORDER

August 21, 2017

TALWANI, D.J.

The court finds that personal information appears on certain docket entries as presented in Petitioner's Motion to Seal and For Leave to File Redacted Docket Prior to Allowing Electronic Access to Docket [#40]. Accordingly, that Motion [#40] is ALLOWED as follows:

a. Docket Entry 1 is hereby SEALED. The unsealed docket text shall remain unsealed but shall be amended to state that a redacted copy of the document is available at Docket No. 40-1.

b. Docket Entry 3 is hereby SEALED. The unsealed docket text shall remain unsealed but shall be amended to state that a redacted copy of the document is available at Docket No. 40-2.

c. Docket Entry 4 is hereby SEALED. The unsealed docket text shall remain unsealed but shall be amended to state that a redacted copy of the document is available at Docket No. 40-3.

d. Docket Entry 5 is hereby SEALED. The unsealed docket text shall remain unsealed but shall be amended to state that a redacted copy of the document is available at Docket No.

40-4.

e. Docket Entry 16-1 is hereby SEALED. The unsealed docket text shall remain unsealed but shall be amended to state that a redacted copy of the document is available starting at page 7 of Docket No. 40-5.

f. Docket Entry 18 is hereby SEALED. The unsealed docket text shall remain unsealed but shall be amended to state that a redacted copy of the document is available at Docket No. 40-6.

g. Docket Entry 23-1 is hereby SEALED. The unsealed docket text shall remain unsealed but shall be amended to state that a redacted copy of the document is available starting at page 15 of Docket No. 40-7.

h. Docket Entry 28-1 is hereby SEALED. The unsealed docket text shall remain unsealed but shall be amended to state that a redacted copy of the document is available starting at page 19 of Docket No. 40-8.

IT IS SO ORDERED.

August 21, 2017                                                          /s/ Indira Talwani
                                                                                United States District Judge