*[Handwritten margin notes: "Allowed", "8/21/2017", "Intervention for the limited purpose of the motion to intervene"]*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SREYNUON LUNN,

    *Petitioner,*

v.

YOLANDA SMITH, Superintendent of Suffolk County House of Correction; STEVEN W. TOMPKINS, Sheriff of Suffolk County; SECRETARY JOHN F. KELLY, United States Secretary of Homeland Security; THOMAS D. HOMAN, Director (acting), United States Immigration and Customs Enforcement; CHRISTOPHER CRONEN, Director, United States Immigration and Customs Enforcement, Boston Field Office,

    *Respondents.*

Civil Action No.

17-cv-10938-IT

## MOTION OF JOHN A. HAWKINSON, PRO SE, TO INTERVENE FOR THE LIMITED PURPOSE OF: MOVING FOR AN ORDER TO PERMIT REMOTE ACCESS TO ELECTRONIC COURT FILINGS PURSUANT TO FRCP 5.2(c), OR TO PERMIT THE PUBLIC TO PRINT AND/OR COPY NON-SEALED COURT RECORDS

John A. Hawkinson, a freelance news reporter writing for *Cambridge Day*, respectfully moves to intervene in this action for the limited purpose of filing a motion seeking an order (1) allowing the public to remotely access non-sealed electronic court filings on PACER in this case pursuant to Fed. R. Civ. P. 5.2(c); or, in the alternative, (2) permitting the public to print and/or copy non-sealed case file records made available in the courthouse. As grounds for his motion, Hawkinson relies on his memorandum of law and attached declaration, filed herewith. See also *In re Boston Herald, Inc.*, 321 F.3d 174, 177 (1st Cir. 2003) (noting intervention of media in criminal case for purpose of pursuing access request); *In re Globe Newspaper Co.*, 729 F.2d 47, 50 n.2 (1st Cir. 1984) ("Some courts have held that media

representatives may challenge closure orders by appeal if they first intervene in the underlying action."); *Louhghalam v. Trump*, No. 17-cv-10154, D.E. 48,49 (D. Mass, Feb. 2, 2017) (granting the *Boston Globe*'s motions to intervene and to permit remote PACER access in an immigration case).

(pending) INTERVENOR,
JOHN A. HAWKINSON, pro se

John A. Hawkinson
Box 397103
Cambridge, MA 02139-7103
617-797-0250
*jhawk@MIT.EDU*

Dated: August 10, 2017

## CERTIFICATE OF SERVICE

I, John A. Hawkinson, do hereby certify that a true copy of the above document was served upon the attorneys of record for each party to this action by electronic mail on August 10, 11 2017, having previously received written consent for electronic service pursuant to FRCP 5(b)(2)(E), to:

Adriana Lafaille
American Civil Liberties Union
*alafaille@aclum.org*

Kim B. Nemirow
Ropes & Gray
*kim.nemirow@ropesgray.com*

Matthew Segal
American Civil Liberties Union
*msegal@aclum.org*

Laura Rótolo
American Civil Liberties Union
*lrotolo@aclum.org*

Kathleen A. Connolly
U.S. Department of Justice, Civil Division,
Office of Immigration Litigation
*kathleen.a.connolly@usdoj.gov*

John A. Hawkinson
August 10, 2017