*[Handwritten margin note: Allowed as to unsealed records in Amelia Jackson case. 8/21/2017]*

FILED
# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

'7 AUG 11 PM 8:15

| | |
|---|---|
| SREYNUON LUNN,<br><br>*Petitioner,*<br><br>v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction; STEVEN W. TOMPKINS, Sheriff of Suffolk County; SECRETARY JOHN F. KELLY, United States Secretary of Homeland Security; THOMAS D. HOMAN, Director (acting), United States Immigration and Customs Enforcement; CHRISTOPHER CRONEN, Director, United States Immigration and Customs Enforcement, Boston Field Office,<br><br>*Respondents.* | Civil Action No.<br><br>17-cv-10938-IT |

### MOTION OF JOHN A. HAWKINSON, PRO SE, FOR AN ORDER TO PERMIT REMOTE ACCESS TO ELECTRONIC COURT FILINGS PURSUANT TO FRCP 5.2(c), OR TO PERMIT THE PUBLIC TO PRINT AND/OR COPY NON-SEALED COURT RECORDS ("OPEN THE DOCKET")

John A. Hawkinson, a freelance news reporter writing for *Cambridge Day*, respectfully moves for an order (1) allowing the public to remotely access non-sealed electronic court filings on PACER in this case pursuant to Fed. R. Civ. P. 5.2(c); or, in the alternative, (2) permitting the public to print and/or copy non-sealed case file records made available in the courthouse.

Hawkinson exempts from his request docket entry 18 (Petitioner Lunn's *Memorandum in Opposition to Motion to Dismiss*), of which page 4 (Exhibit A) is the back page of an I-220-B form and contains Petitioner's photograph and a single fingerprint.

Hawkinson has conferred with attorneys for Petitioner Sreynuon Lunn, who conditionally assent to this motion, provided the court grants their forthcoming motion to seal some entries. Counsel for Respondents declined to confer with Hawkinson pursuant to Local Rule 7.1(a)(2), but wrote through its public affairs office that it neither opposes nor assents, but rather "we defer to the Court."

As grounds for his motion, Hawkinson relies on his memorandum of law and attached declaration, filed herewith.

> (pending) INTERVENOR,
> JOHN A. HAWKINSON, pro se
>
> /s/ John A. Hawkinson  11 Aug 2017
> John A. Hawkinson
> Box 397103
> Cambridge, MA 02139-7103
> 617-797-0250
> jhawk@MIT.EDU

Dated: August 11, 2017

## CERTIFICATE OF SERVICE

I, John A. Hawkinson, do hereby certify that a true copy of the above document was served upon the attorneys of record for each party to this action by electronic mail on August 11, 2017, having previously received written consent for electronic service pursuant to FRCP 5(b)(2)(E), to:

Adriana Lafaille
American Civil Liberties Union
*alafaille@aclum.org*

Kim B. Nemirow
Ropes & Gray
*kim.nemirow@ropesgray.com*

Matthew Segal
American Civil Liberties Union
*msegal@aclum.org*

Laura Rótolo
American Civil Liberties Union
*lrotolo@aclum.org*

Kathleen A. Connolly
U.S. Department of Justice, Civil Division,
Office of Immigration Litigation
*kathleen.a.connolly@usdoj.gov*

/s/ John A. Hawkinson  11 Aug 2017
John A. Hawkinson
August 11, 2017

2