UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SREYNUON LUNN,

    *Petitioner*,

v.

YOLANDA SMITH, Superintendent of Suffolk County House of Correction; STEVEN W. TOMPKINS, Sheriff of Suffolk County; SECRETARY JOHN F. KELLY, United States Secretary of Homeland Security; THOMAS D. HOMAN, Director (acting), United States Immigration and Customs Enforcement; CHRISTOPHER CRONEN, Director, United States Immigration and Customs Enforcement, Boston Field Office,

    *Respondents*.

EX PARTE

Civil Action No.
17-cv-10938-IT

*[Handwritten margin note: Allowed. The court approves John A. Hawkinson's registration on ecf filed in this case. /s/ Indira Talwani 8/21/2017]*

## EX PARTE MOTION OF JOHN A. HAWKINSON, PRO SE, FOR ECF ELECTRONIC FILING ACCESS

John A. Hawkinson, a freelance news reporter writing for *Cambridge Day*, respectfully moves this Court for an order approving his registration as an ECF filer in this case, pursuant to Judge Talwani's *Standing Order Regarding Local Rule 5.4 and Mandatory Electronic Filing* (June 23, 2014). Hawkinson seeks an ECF account for the purpose of efficiently filing and serving such documents as may be necessary within the limited scope of his intervention. As justification, Hawkinson avers he is familiar with the CM/ECF and PACER systems, the Federal Rules of Civil Procedure, the Local Rules of the District of Massachusetts, and the CM/ECF Administrative Procedures of the District of Massachusetts.

Hawkinson understands and consents to electronic service of case materials via the CM/ECF system, and understands he may be required to prove his proficiency in the

ECF system. He understands his obligation to maintain current contact information in the CM/ECF system.

(pending) INTERVENOR,<br>
JOHN A. HAWKINSON, pro se<br>
<br>
/s/ John C. Hms    10 Aug 2017<br>
John A. Hawkinson<br>
Box 397103<br>
Cambridge, MA 02139-7103<br>
617-797-0250<br>
*jhawk@MIT.EDU*

Dated: August 10, 2017

## CERTIFICATE OF SERVICE

As this is an ex parte motion, no service is required, but a courtesy copy of this document was transmitted by electronic mail to the attorneys of record for each party to this action on August 10, 2017, to:

Adriana Lafaille
American Civil Liberties Union
*alafaille@aclum.org*

Kim B. Nemirow
Ropes & Gray
*kim.nemirow@ropesgray.com*

Matthew Segal
American Civil Liberties Union
*msegal@aclum.org*

Laura Rótolo
American Civil Liberties Union
*lrotolo@aclum.org*

Kathleen A. Connolly
U.S. Department of Justice, Civil Division,
Office of Immigration Litigation
*kathleen.a.connolly@usdoj.gov*

/s/ John A. Hawkinson   11 Aug 2017
John A. Hawkinson
August 10, 2017