UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN, | ) |
| | ) |
| Petitioner, | ) |
| | ) C.A. No. 1:17-10938-IT |
| v. | ) |
| | ) Hon. Talwani |
| YOLANDA SMITH, Superintendent of Suffolk, | ) |
| County House of Correction, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**STATUS REPORT REGARDING
PETITIONER'S VERIFICATION INTERVIEW**

Respondents, through undersigned counsel, respectfully file this status report with the Court regarding Petitioner Sreynoun Lunn ("Lunn"). On October 14, 2017, Respondents filed a status report providing two days' notice of Immigration and Customs Enforcement's ("ICE") possible transfer of Lunn out of the District of Massachusetts. ECF No. 56, Status Report. At the time of the October 14, 2017 status report, ICE OCC Boston believed the verification interviews with the Cambodian government would be occurring in California. *See* ECF No. 56.1, ICE Declaration, at ¶ 8 (discussing removal from Massachusetts to California).

Although Respondents still do not have custody of Lunn as of the filing of this update, Respondents nonetheless file this status report to update the Court that the interviews with the Cambodian government are, in fact, occurring in Jena, Louisiana. Exhibit A, Declaration of Assistant Field Office Director Anthony Ciulla, at ¶ 8. Accordingly, should ICE take Lunn into custody in the next few days, and assuming commercial flight availability, he will be transported

out of the jurisdiction to Louisiana, not to California as previously believed, for his verification interview. Upon completion of that interview, should he not obtain travel documents, he will be returned to Massachusetts per this Court's order.

|  |  |
|---|---|
| Dated: November 7, 2017 | Respectfully submitted, |
| CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division | By:  /s/ *Kathleen A. Connolly*<br>KATHLEEN A. CONNOLLY<br>CT Bar 426183<br>Senior Litigation Counsel |
| WILLIAM C. PEACHEY<br>Director | Department of Justice, Civil Division<br>Office of Immigration Litigation (OIL)<br>District Court Section |
| GISELA A. WESTWATER<br>Assistant Director | P.O. Box 868<br>Washington, DC 20044<br>Tel: (202) 305-8627<br>Fax: (202) 307-8781<br>Email: Kathleen.a.connolly@usdoj.gov |
|  | Attorneys for Respondent |

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above Status Report was served upon the attorney of record for each other party on November 7, 2017, through the CM/ECF for the District of Massachusetts. All parties are registered CM/ECF participants and were served electronically, as identified on the Notice of Electronic Filing (NEF).

                                              */s/ Kathleen Connolly*
                                              Kathleen Connolly
                                              Senior Litigation Counsel

Date:  November 7, 2017