UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SREYNUON LUNN,<br><br>        Petitioner,<br>v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*,<br><br>        Respondents. | )<br>)<br>)<br>)  Civil Action No. 17-10938-IT<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO AMEND ECF NO. 72 MOTION TO SEAL**

1.   On December 15, 2017, Petitioner Sreynuon Lunn filed his Opposition to Respondents' Motion to Quash Discovery, ECF No. 73, with accompanying Declaration of Shivan Sarin, ECF No. 74.

2.   Accompanying the Opposition, Mr. Lunn, pursuant to ECF No. 52, Order entered Allowing Joint Motion for Entry of Stipulated Protective Order ("Protective Order"), moved the Court to seal Exhibit B to the Declaration of Shivan Sarin while the parties determined whether the document could be redacted to remove the Protected Material. ECF No. 72.

3.   After review, Petitioner and Respondents have agreed to file a redacted version of Exhibit B, attached hereto. The attached is being filed for the public record.

4.   Exhibit B has been designated by Respondents "Protected Material" pursuant to the Protective Order. The material that Petitioner and Respondents have agreed to redact is personal information: Petitioner's A-Number, case number, and the names and initials of individuals who sent and received emails at government agencies.

5.      WHEREFORE, Mr. Lunn respectfully requests that the Court enter the attached proposed Order.


Dated:  December 19, 2017                       Respectfully submitted,

                                            By: */s/  Christopher G. Green*
                                                 Christopher G. Green (BBO # 643202)
                                                 Shivan Sarin (BBO # 694197)
                                                 Ropes & Gray LLP
                                                 800 Boylston Street
                                                 Prudential Tower
                                                 Boston, MA 02199
                                                 (617) 951-7000
                                                 Christopher.Green@ropesgray.com
                                                  Shivan.Sarin@ropesgray.com

                                                 Matthew R. Segal (BBO # 654489)
                                                 Laura Rótolo (BBO # 665247)
                                                 Adriana Lafaille (BBO # 680210)
                                                 American Civil Liberties Union
                                                 Foundation of Massachusetts
                                                 211 Congress Street, Suite 301
                                                 Boston, MA 02110
                                                 (617) 482-3170
                                                 msegal@aclum.org
                                                 lrotolo@aclum.org
                                                 alafaille@aclum.org

                                                 Laura Murray-Tjan (BBO # 649609)
                                                 Federal Immigration Appeals Project, PLLC
                                                 Six Beacon Street, Suite 900
                                                 Boston, MA 02108
                                                 (617) 580-1717
                                                 laura@fiapboston.com

                                                 *Attorneys for Petitioner Sreynuon Lunn*

**CERTIFICATE OF SERVICE**

I, Christopher G. Green, hereby certify that, on December 19, 2017, the foregoing document was filed through the Electronic Court Filing system and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

Dated: December 19, 2017

/s/ Christopher G. Green
Christopher G. Green

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that on December 14, 15, 18, and 19, 2017, counsel for Petitioner conferred via email with counsel for Respondents concerning redactions of Exhibit B to the Declaration of Shivan Sarin.  Respondents agreed to the redactions.

Dated: December 19, 2017

/s/ Christopher G. Green
Christopher G. Green

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SREYNUON LUNN, )<br>)<br>Petitioner, )<br>v. )<br>)<br>YOLANDA SMITH, Superintendent of )<br>Suffolk County House of Correction, )<br>*et al.*, )<br>Respondents. ) | Civil Action No. 17-10938-IT |

## (PROPOSED) ORDER TO SEAL AND FOR LEAVE TO FILE REDACTED DOCUMENTS

Good cause appearing on Petitioner's Motion to Seal, it is hereby ORDERED that the motion is granted. ECF No. 74, Ex. B, is sealed with a redacted copy filed publicly.

IT IS SO ORDERED

Dated: _____, 2017       By: _____
                                          The Honorable Indira Talwani
                                          United States District Judge