UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SREYNUON LUNN,

       Petitioner,

v.

YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*,

       Respondents.

Case No. 17-cv-10938

## **DECLARATION OF CHRISTOPHER GREEN**

I, Christopher Green, hereby declare:

1. I am an attorney admitted to practice in this Court. I am an attorney at Ropes & Gray LLP, counsel for Petitioner Sreynuon Lunn in the above-captioned action.

2. I submit this declaration in support of Mr. Lunn's Motion to Compel Answers to Petitioner's First Set of Interrogatories.

3. Attached hereto as Exhibit A is a true and correct copy of Respondents' Second Supplemental Response to Petitioner Sreynuon Lunn's First Set of Interrogatories, dated March 13, 2018.

4. Attached hereto as Exhibit B is a true and correct copy of Respondents' Third Supplemental Response to Interrogatory Nos. 6 and 7 of Petitioner Sreynuon Lunn's First Set of Interrogatories, dated March 16, 2018.

5. Attached hereto as Exhibit C is a true and correct copy of a letter from Jennifer S. Walker to Kathleen Connolly, dated March 14, 2018.

6. Attached hereto as Exhibit D is a true and correct copy of a Declaration of Deputy Assistant Director John A. Schultz, Jr. submitted in *Chhoeun v. Marin*, 8:17-cv-01898-CJC-GJS (C.D. Cal.), dated January 10, 2018.

7. Attached hereto as Exhibit E is a true and correct copy of a Declaration of Officer Yolanda Harrison submitted in *Boonmy v. Nielsen*, 5:18-0067-ODW-JC (C.D. Cal.), dated February 23, 2018.

8. Attached hereto as Exhibit F is a true and correct copy of a letter from Kathleen Connolly to Jennifer S. Walker, dated March 16, 2018.

9. Attached hereto as Exhibit G is a true and correct copy of Respondents' Response to Petitioner Sreynuon Lunn's First Set of Interrogatories, dated February 21, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 19, 2018                    Respectfully submitted,

                                          By: */s/*  Christopher G. Green
                                              Christopher G. Green (BBO # 643202)
                                              Ropes & Gray LLP
                                              800 Boylston Street
                                              Prudential Tower
                                              Boston, MA 02199
                                              (617) 951-7000
                                              Christopher.Green@ropesgray.com

EXECUTED on this 19 day of March, 2018 in Boston, Massachusetts.