# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SREYNUON LUNN,

Petitioner,

v.

YOLANDA SMITH, Superintendent of Suffolk, County House of Correction, et al.,

Respondents.

C.A. No. 1:17-10938-IT

**RESPONDENTS' THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NOS. 6 AND 7 OF PETITIONER SREYNUON LUNN'S FIRST SET OF INTERROGATORIES**

Pursuant to the Federal Rules of Civil Procedure, Respondent U.S. Department of Immigration and Customs Enforcement ("ICE"), files this Third Supplemental Response to Interrogatories Nos. 6 and 7 of Petitioner Sreynuon Lunn's First Set of Interrogatories.

**DEFINITIONS**

The definitions set forth in Local Rule 26.5 are incorporated by reference as if fully set forth herein. The following defined terms also form an integral part of the Interrogatories:

1. "You" and "Your" mean and refer to Respondents in the above-captioned action, as well as any other entity or person acting at their direction or on their behalf, including without limitation each of their agents, representatives, and attorneys.
2. "Schultz Declaration" means and refers to the Declaration of Deputy Assistant Director John A. Schultz Jr. submitted in support of Respondents' October 19, 2017 Motion to Reconsider.

**INTERROGATORY NO. 6**

For each of the following factors, state whether it is Your experience that this factor has, since 2002, influenced the likelihood of removal to Cambodia, and, if so, state the nature of that influence: 1) criminal history; 2) birth outside of Cambodia; 3) length of residence in the United States; 4) lack of prior residences in Cambodia; 5) lack of family members in Cambodia; 6) mental health; 7) physical health.

**Respondents' Objection to Interrogatory No. 6:**

Respondents object to Interrogatory No. 6 as beyond the temporal scope of Petitioner's First Set of Interrogatories as limited by the Court's January 22, 2018 Order. While the Court indicated in its Order that ICE's rationale for previous decisions to detain and release the Petitioner was relevant, the Court explicitly decided that the Petitioner's First Set of Interrogatories are "limited in time from the date of the detention that led to this Petition to the present." The date of detention that led to the Petition in this case is February 6, 2017. Therefore, Respondents object to any inquiry that requires an answer relating to events or decisions prior to February 6, 2017.

**Respondent ICE's Response to Interrogatory No. 6:**

Respondent ICE objects to Interrogatory No. 6 on the basis of Law Enforcement Privilege to the extent that the Interrogatory seeks information concerning how certain factors influence ICE's likelihood of removing an alien to Cambodia.

To the extent Petitioner is inquiring about ICE's experience, in ICE's experience, the factors listed in Interrogatory No. 6 might influence the likelihood of removal to Cambodia in any individual case; however, each removal varies in terms of which factors may or may not be present. Similarly, because removals are considered on a case by case basis, the weight accorded to any specific factor varies.

To the extent that Interrogatory No. 6 requests information as to how the above-referenced factors influence the Government of Cambodia's decision to accept an individual for repatriation, Respondent ICE cannot answer on behalf of a third party not a party to this litigation.

**INTERROGATORY NO. 7**

State whether the Government of Cambodia has communicated to You or to any representative of the United States Government any preferred or disfavored characteristics of Cambodian nationals to be repatriated, including but not limited to the characteristics described in Interrogatory No. 6. If so, state such characteristics.

**Respondent ICE's Objection to Interrogatory No. 7:**

Respondent ICE objects to Interrogatory No. 7 on the basis of Law Enforcement Privilege to the extent that the Interrogatory seeks substantive information concerning preferred or disfavored characteristics that ICE might consider relating to Cambodian nationals to be repatriated. Answering Interrogatory No. 7 would reveal techniques and procedures ICE uses to effectuate removals to Cambodia.

**Respondent ICE's Response to Interrogatory No. 7:**

With the one exception listed herein, the Government of Cambodia has not communicated to Respondent ICE preferred or disfavored characteristics of Cambodian nationals to be repatriated that it considers when making a repatriation decision. The Government of Cambodia has communicated a preference for repatriating Cambodian nationals without medical conditions.

**VERIFICATION**

I, John A. Schultz, Jr., declare, under penalty of perjury:

I am employed by ICE as the Office of Enforcement and Removal Operations Deputy Assistant Director, Removal Management Division – East. As such, I am authorized to make this verification on behalf of ICE in this matter, for the responses to Interrogatories one through sixteen.

I have read and know the contents of these responses. These responses were prepared after obtaining information available to ICE through its officers and employees and through its document and records. These responses, subject to inadvertent and undiscovered errors, are based upon, and necessarily limited by, the records and information still in existence, able to be located, presently recollected, and thus far discovered in the course of preparing these responses. The responses regarding ICE are true and correct to the best of my knowledge, information, and belief.

Dated at Washington D.C., this 16th day of March, 2018.

John A. Schultz, Jr.

Dated: March 16, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division, U.S. Dep't of Justice

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation (OIL)

KATHLEEN A. CONNOLLY
Senior Litigation Counsel

STEVEN A. PLATT
Trial Attorney

By: *<u>/s/ Lindsay M. Vick</u>*
LINDSAY M. VICK
MA Bar# 685569
Trial Attorney
Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Washington, DC 20044
Tel: (202) 532-4023
Email: Lindsay.vick2@usdoj.gov

**Attorneys for Respondents**

**CERTIFICATE OF MAILING**

I hereby certify that on March 16, 2018, I served a copy of the foregoing upon the persons listed below via email:

Christopher Boots
Ropes & Gray
Christopher.boots@ropesgray.com

Jennifer Walker
Ropes & Gray
Jennifer.walker@ropesgray.com

Adriana Lafaille
American Civil Liberties Union
Alafaille@aclum.org

Laura Murray-Tjan
Federal Immigration Appeals Project
Laura@fiapboston.com

/s/ *Lindsay M. Vick*
LINDSAY M. VICK
Trial Attorney
Office of Immigration Litigation