UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sreynuon Lunn,<br><br>    Plaintiff,<br><br>v.<br><br>Yolanda Smith, et al.,<br><br>    Defendants. | Civil Action No.: 1:17-cv-10938-IT |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE, that Shivan Sarin, of Ropes & Gray LLP, respectfully withdraws his appearance and withdraws as counsel for the Plaintiff, Sreynuon Lunn, due to Shivan's upcoming departure from Ropes & Gray LLP. Counsel from the American Civil Liberties Union will remain as counsel of record for the Plaintiff.

Dated: September 27, 2018

Respectfully Submitted,

By: s/Shivan Sarin
Shivan Sarin
Ropes & Gray LLP
800 Boylston Street
Prudential Tower
Boston, MA, 02199
(617) 951-7000
Shivan.Sarin@ropesgray.com

**CERTIFICATE OF SERVICE**

I, Shivan Sarin, an attorney, hereby certify that I filed the NOTICE OF WITHDRAWAL OF APPEARANCE, using the CM/ECF system on this 27th day of September, 2018. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/Shivan Sarin
Shivan Sarin