UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN, | ) |
| | ) |
| Petitioner, | ) |
| | ) C.A. No. 1:17-10938-IT |
| v. | ) |
| | ) |
| YOLANDA SMITH, Superintendent of Suffolk, | ) |
| County House of Correction, et al., | ) |
| | ) |
| Respondents. | ) |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.3(a) and (c), please take notice that undersigned counsel, Lindsay M. Vick, Trial Attorney, United States Department of Justice, enters her appearance in the above-captioned matter on behalf of Respondent Yolanda Smith, in her official capacity, and requests that the Clerk of Court send all notices, pleadings, and orders to undersigned counsel.

Dated October 29, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division, U.S. Dep't of Justice

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

KATHLEEN A. CONNOLLY
Senior Litigation Counsel

By: /s/ *Lindsay M. Vick*
LINDSAY M. VICK
MA Bar# 685569
Trial Attorney
Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Washington, DC 20044
Tel: (202) 532-4023
Email: Lindsay.vick2@usdoj.gov

**Attorneys for Respondents**

**CERTIFICATE OF SERVICE**
C.A. No. 1:17-cv-10938-IT

I hereby certify that a true copy of the above Notice of Appearance was served upon the attorney of record for each other party on October 29, 2018, through the CM/ECF for the District of Massachusetts. All parties are registered CM/ECF participants and were served electronically, as identified on the Notice of Electronic Filing (NEF).

*/s/ Lindsay M. Vick*
LINDSAY M. VICK
Trial Attorney
United States Department of Justice