# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN, <br><br> Petitioner, <br><br> v. <br><br> YOLANDA SMITH, Superintendent of Suffolk County House of Correction, et al,. <br><br> Respondents. | C.A. No. 1:17-cv-10938-IT |

## MOTION FOR LEAVE OF COURT AND TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Sreynuon Lunn, (Petitioner), moves that attorney Lindsey Sullivan, Ropes & Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, Illinois 60606-4302, be admitted to practice *pro hac vice* before this Court to represent Petitioner in the above-captioned action.

In support of this Motion, the undersigned attorney states that the foregoing attorney is counsel for Petitioner, and, as evidenced in the attached Certifications, is a member of the bar in good standing in every jurisdiction where she has been admitted to practice, is not the subject of disciplinary proceedings pending in any jurisdiction in which she is a member of the bar, has not previously had a *pro hac vice* admission to this court (or other admission for a limited

purpose) revoked for misconduct, and has read and agreed to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: March 29, 2019

Respectfully Submitted,

By: /s/ *Daniel McCaughey*
    Daniel McCaughey
    ROPES & GRAY LLP
    800 Boylston Street
    Boston, Massachusetts 02199-3600
    *daniel.mccaughey@ropesgray.com*
    Tel.: (617) 951-7681
    Fax: (617) 235-9507

    *Attorney for Petitioner Sreynuon Lunn*

# CERTIFICATE OF SERVICE

      I, Daniel McCaughey, hereby certifies that the foregoing **Motion for Leave of Court and to Admit Counsel P*ro Hac Vice***, was filed through the Electronic Court Filing system on March 29, 2019, and a copy thereof will be sent electronically to the registered recipients and the counsel of record as identified on the Notice of Electronic Filing.

Dated: March 29, 2019

                                            By: /s/ *Daniel McCaughey*
                                                Daniel McCaughey

<pre>
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF MASSACHUSETTS
</pre>

|  |  |
|---|---|
| SREYNUON LUNN, | ) |
| Petitioner, | ) |
| v. | ) |
| YOLANDA SMITH, Superintendent of Suffolk County House of Correction, et al,. | ) C.A. No. 1:17-cv-10938-IT |
| Respondents. | ) |

**CERTIFICATE OF LINDSEY SULLIVAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Lindsey Sullivan, certify the following:

1. I am a member of the law firm of Ropes & Gray LLP, resident in the firm's Chicago office. My office address is 191 North Wacker Drive, 32th Floor, Chicago, Illinois 60606-4302, and my office telephone number is (312) 845-1200.

2. I am a member in good standing of the bars of the States of Illinois and New York.

3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me, in any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts, including Amendments through June 1, 2018.

Dated: March 29, 2019

By: /s/ *Lindsey Sullivan*
Lindsey Sullivan
ROPES & GRAY LLP
191 North Wacker Drive, 32th Floor
Chicago, Illinois 60606
*lindsey.sullivan@ropesgray.com*
Tel.: (312) 845-1200
Fax: (312) 845-5500

*Attorney for Petitioner Sreynuon Lunn*