UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>    Petitioner,<br> v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*,<br><br>    Respondents. | Civil Action No. 17-cv-10938-IT |

## MOTION TO DEPOSE ICE OFFICERS INVOLVED IN PETITIONER'S RELEASE FROM DETENTION

1. For the reasons set forth in the accompanying Memorandum, ICE has provided evasive responses to Petitioner's Interrogatory No. 13 that are contradicted by the record in the above captioned matter.

2. WHEREFORE, Petitioner respectfully requests, pursuant to Rule 6 of the Rules Governing 2254 Cases, the Federal Rule of Civil Procedure 37, and Local Rule 37.1, that the Court allow the depositions of the former Boston ICE Field Office Director and the Assistant Boston ICE Field Office Director, involved in releasing him from detention on May 25, 2017.

[SIGNATURE PAGE TO FOLLOW]

Dated:  April 5, 2019    Respectfully submitted,

By: */s/  Lindsey L. Sullivan*
    Lindsey L. Sullivan
    Daniel McCaughey (BBO # 662037)
    Ropes & Gray LLP
    800 Boylston Street
    Prudential Tower
    Boston, MA 02199
    (617) 951-7000
    lindsey.sullivan@ropesgray.com
    daniel.mccaughey@ropesgray.com

    Matthew R. Segal (BBO # 654489)
    Laura Rótolo (BBO # 665247)
    Adriana Lafaille (BBO # 680210)
    American Civil Liberties Union
    Foundation of Massachusetts
    211 Congress Street, Suite 301
    Boston, MA 02110
    (617) 482-3170
    msegal@aclum.org
    lrotolo@aclum.org
    alafaille@aclum.org

    Laura Murray-Tjan (BBO # 649609)
    Federal Immigration Appeals Project, PLLC
    Six Beacon Street, Suite 900
    Boston, MA 02108
    (617) 580-1717
    laura@fiapboston.com

*Attorneys for Petitioner Sreynuon Lunn*

## LOCAL RULES 7.1 and 37.1 CERTIFICATION

Pursuant to Local Rules 7.1 and 37.1, Petitioner's counsel conferred with counsel for Respondents via email on March 19, 2019, and via telephone on March 25, 2019, to discuss the issues raised herein and were unable to reach a resolution.

/s/ Lindsey L. Sullivan
Lindsey L. Sullivan

## CERTIFICATE OF SERVICE

I, hereby certify that, on April 5, 2019, the foregoing document was filed through the Electronic Court Filing system and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

Dated: April 5, 2019

/s/ Lindsey L. Sullivan
Lindsey L. Sullivan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>    Petitioner,<br> v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*,<br><br>    Respondents. | Civil Action No. 17-10938-IT |

## **(PROPOSED) ORDER**

  Good cause appearing upon reading of the Motion to Depose, it is hereby ORDERED that Respondent ICE shall make available the former Boston ICE Field Office Director and the Assistant Boston Field Office Director involved in Petitioner's May 25, 2017 release from ICE custody, each for a single deposition limited to the scope of Petitioner's Interrogatory No. 13.

  IT IS SO ORDERED

Dated: _____, 2019    By: _____
                            The Honorable Indira Talwani
                            United States District Judge