UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*,<br><br>　　　　Respondents. | Case No. 17-cv-10938-IT |

## DECLARATION OF LINDSEY L. SULLIVAN

I, Lindsey Sullivan, hereby declare:

1. I am an attorney admitted to practice in this Court. I am an attorney at Ropes & Gray LLP, counsel for Petitioner Sreynuon Lunn in the above-captioned action.

2. I submit this declaration in support of Mr. Lunn's Motion to Depose Respondent ICE Officers.

3. Attached hereto as **Exhibit A** is a true and correct copy of Respondents' Response to Petitioner Sreynuon Lunn's First Set of Interrogatories, dated February 21, 2018.

4. Attached hereto as **Exhibit B** is a true and correct copy of Respondents' First Supplemental Response to Petitioner Sreynuon Lunn's First Set of Interrogatories, dated March 5, 2018.

5. Attached hereto as **Exhibit C** is a true and correct copy of Respondents' Second Supplemental Response to Petitioner Sreynuon Lunn's First Set of Interrogatories, dated March 13, 2018.

6. Attached hereto as **Exhibit D** is a true and correct copy of Respondents' Fourth Supplemental Response to Petitioner Sreynuon Lunn's First Set of Interrogatories, dated March 6, 2019.

7. Attached hereto as **Exhibit E** is a redacted, but otherwise true and correct copy of a chain of emails produced by Respondents that begins with Bates stamp 000209, which includes an email from the Assistant Field Office Director dated May 24, 2017.

8. Attached hereto as **Exhibit F** is a redacted, but otherwise true and correct copy, of a chain of emails produced by Respondents that begins with Bates stamp 000220, which includes an email from the Assistant Field Office Director dated May 23, 2017.

9. Attached hereto as **Exhibit G** is a redacted, but otherwise true and correct copy of Petitioner Sreynuon Lunn's Release Notification, dated May 24, 2017.

10. Attached hereto as **Exhibit H** is a redacted, but otherwise true and correct copy of Petitioner Sreynuon Lunn's proposed deposition notice to be served on the Field Office Director.

11. Attached hereto as **Exhibit I** is a redacted, but otherwise true and correct copy of Petitioner Sreynuon Lunn's proposed deposition notice to be served on the Assistant Field Office Director.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 5, 2019

Respectfully submitted,

By: */s/ Lindsey L. Sullivan*
Lindsey L. Sullivan
Ropes & Gray LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606-4302
(312) 845-1200
Lindsey.Sullivan@ropesgray.com

EXECUTED on this 5th day of April, 2019 in Chicago, Illinois.