UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN, <br><br> Petitioner, <br><br> v. <br><br> YOLANDA SMITH, Superintendent of Suffolk, County House of Correction, et al., <br><br> Respondents. | C.A. No. 1:17-cv-10938-IT |

## DECLARATION OF LINDSAY M. VICK

I, Lindsay M. Vick, hereby declare:

1. I am a Trial Attorney with the U.S. Department of Justice, Civil Division, Office of Immigration Litigation, in Washington, DC. I am counsel of record for the Respondents in this action.

2. I submit this declaration in opposition to Mr. Lunn's Motion to Depose Respondent ICE Officers.

3. Attached hereto as **Exhibit A** is a true and correct copy of a February 26, 2018 email from Petitioner's counsel to Defendants' counsel attaching correspondence concerning Respondents' Response to Petitioner's First Set of Interrogatories.

4. Respondents' counsel met and conferred with Petitioner's counsel on March 1, 2018 concerning Respondents' Response to Petitioner's First Set of Interrogatories.

5. Attached hereto as **Exhibit B** is a true and correct copy of emails between Petitioner's counsel, Christopher Boots, and Respondents' counsel, Lindsay Vick, dated March 5, 2018.

6. I have reviewed the documents Bates labeled Lunn Bates 000001 to 000231, which consists of documents provided to Petitioner during the informal discovery period from August to October 2017. These documents include pages from Petitioner's A file and emails between immigration officers concerning Petitioner's May 2017 release.

| | |
|---|---|
| Dated: April 19, 2019 | Respectfully submitted, |
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division | By: /s/ *Lindsay M. Vick*<br>LINDSAY M. VICK<br>MA Bar 685569<br>Trial Attorney |
| WILLIAM C. PEACHEY<br>Director | Department of Justice,<br>Civil Division<br>Office of Immigration Litigation (OIL) |
| KATHLEEN A. CONNOLLY<br>Senior Litigation Counsel | District Court Section<br>P.O. Box 868<br>Washington, DC 20044<br>Tel: (202) 532-4023<br>Fax: (202) 307-8781<br>Email: Lindsay.vick@usdoj.gov |
| | **Attorneys for Respondent** |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above Declaration of Lindsay M. Vick was served upon the attorney of record for each other party on April 19, 2019, through the CM/ECF for the District of Massachusetts. All parties are registered CM/ECF participants and were served electronically, as identified on the Notice of Electronic Filing (NEF).

                                              */s/ Lindsay M. Vick*
                                              Lindsay M. Vick
                                              Trial Attorney

Date: April 19, 2019