# EXHIBIT A

| | |
|---|---|
| **From:** | Boots, Christopher |
| **To:** | Vick, Lindsay (CIV); Connolly, Kathleen A. (CIV) |
| **Cc:** | Walker, Jennifer; Adriana Lafaille; Laura Murray-Tjan |
| **Subject:** | Lunn v. Smith |
| **Date:** | Monday, February 26, 2018 7:06:54 PM |
| **Attachments:** | 2.26 Letter to Respondents.pdf |

Counsel,

Please see attached correspondence.

Best,

- Chris

**Christopher C. Boots**
**ROPES & GRAY LLP**
T +1 617 951 7638
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Christopher.Boots@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.