# EXHIBIT B

| | |
|---|---|
| **From:** | Vick, Lindsay (CIV) |
| **To:** | Boots, Christopher; Connolly, Kathleen A. (CIV); Platt, Steven A. (CIV) |
| **Cc:** | Walker, Jennifer; Adriana Lafaille; Laura Murray-Tjan; Iaia, Vito |
| **Subject:** | RE: Lunn v. Smith |
| **Date:** | Monday, March 05, 2018 12:10:00 PM |

Hi Chris,

We do not have any comments and do not object to your filing. Thank you for memorializing the briefing schedule in your email.

Best,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel: 202-532-4023

This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).

**From:** Boots, Christopher [mailto:Christopher.Boots@ropesgray.com]
**Sent:** Monday, March 05, 2018 9:23 AM
**To:** Connolly, Kathleen A. (CIV) <kconnoll@CIV.USDOJ.GOV>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Platt, Steven A. (CIV) <splatt@CIV.USDOJ.GOV>
**Cc:** Walker, Jennifer <Jennifer.Walker@ropesgray.com>; Adriana Lafaille <ALafaille@aclum.org>; Laura Murray-Tjan <laura@fiapboston.com>; Iaia, Vito <Vito.Iaia@ropesgray.com>
**Subject:** Lunn v. Smith

Katie,

Out of an abundance of caution, we'd like to let the court know that we may end up in discovery motion practice after March 5, and that the parties consider this timely. Please see the attached draft submission and let us know if you object to us filing, or have any comments. We'd like to get this in today.

Additionally, per our conversation last week, below are the deadlines we've calculated for the remaining briefing schedule.

April 16 – Petitioner's motion for summary judgment due.

May 29 – Respondents' opposition and cross-motion, if any, both due.

June 19 – Petitioner's opposition and reply both due.

July 10 – Respondents' reply due.

Best,

Chris

**Christopher C. Boots**

**ROPES & GRAY LLP**
T +1 617 951 7638
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Christopher.Boots@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.