UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>               Petitioner,<br>v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*,<br>               Respondents. | Civil Action No. 17-cv-10938-IT |

## ASSENTED-TO MOTION TO AMEND THE CASE SCHEDULE

1. On April 3, 2019, the Court entered ECF No. 98, an Order setting forth the summary judgment briefing schedule. The schedule, *inter alia*, set Petitioner's deadline to move for summary judgment to be 35 days after the Court's denial of Petitioner's discovery motion. ECF No. 98.

2. On February 26, 2020, the Court entered ECF No. 103 denying Petitioner's discovery motion.

3. To allow the parties to completely brief the court on the factual and legal issues presented, Petitioner respectfully requests that the Court amend the case schedule as follows. Respondents consent.

    a. Petitioner's motion for summary judgment shall be due April 15, 2020;

    b. Respondents' opposition and cross-motion for summary judgment shall due June 3, 2020;

    c. Petitioner's opposition to Respondents' cross motion for summary judgment and reply to Respondents' opposition shall be due June 24, 2020; and

    d. Respondents' reply to Petitioner's opposition to the cross-motion for summary judgment shall be due July 15, 2020.

[SIGNATURE PAGE TO FOLLOW]

Dated: March 18, 2020

Respectfully submitted,

By: */s/  Lindsey Sullivan*
    Lindsey Sullivan (admitted *pro hac*)
    Vito A. Iaia
    Ropes & Gray LLP
    191 North Wacker Drive, 32nd Floor
    Chicago, Illinois 60606
    Tel: 312-845-1200
    lindsey.sullivan@ropesgray.com
    vito.iaia@ropesgray.com

    Matthew R. Segal (BBO # 654489)
    Laura Rótolo (BBO # 665247)
    Adriana Lafaille (BBO # 680210)
    American Civil Liberties Union
    Foundation of Massachusetts
    211 Congress Street, Suite 301
    Boston, MA 02110
    (617) 482-3170
    msegal@aclum.org
    lrotolo@aclum.org
    alafaille@aclum.org

    Laura Murray-Tjan (BBO # 649609)
    Federal Immigration Appeals Project, PLLC
    Six Beacon Street, Suite 900
    Boston, MA 02108
    (617) 580-1717
    laura@fiapboston.com

    *Attorneys for Petitioner Sreynuon Lunn*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, Petitioner's counsel conferred with counsel for Respondents on March 18, 2020 to discuss the issues raised herein. Respondents' counsel assented to the motion.

<em><u>/s/ Lindsey Sullivan</u></em><br>
Lindsey Sullivan

## **CERTIFICATE OF SERVICE**

I, Lindsey Sullivan, hereby certify that, on March 18, 2020, the foregoing document was filed through the Electronic Court Filing system and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

Dated: March 18, 2020

<em><u>/s/ Lindsey Sullivan</u></em><br>
Lindsey Sullivan

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SREYNUON LUNN,<br><br>   Petitioner,<br>v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*,<br><br>   Respondents. | )<br>)<br>)<br>) Civil Action No. 17-10938-IT<br>)<br>)<br>)<br>)<br>)<br>) |

## **(PROPOSED) ORDER TO AMEND THE CASE SCHEDULE**

Good cause appearing upon reading of the Assented-to Motion to Amend the Case Schedule, it is hereby ORDERED that the proposed schedule is entered.

IT IS SO ORDERED

Dated: _____, 2020     By: _____
                         The Honorable Indira Talwani
                         United States District Judge