UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SREYNUON LUNN,<br><br>   Petitioner,<br> v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*,<br><br>   Respondents. | )<br>)<br>)<br>)  Civil Action No. 17-cv-10938-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO AMEND THE CASE SCHEDULE

1. On March 19, 2020, the Court entered ECF No. 112, an Order setting forth the summary judgment briefing schedule. The schedule, *inter alia*, set Petitioner's deadline to move for summary judgment to be April 15, 2020.

2. On March 11, 2020, the World Health Organization announced that a rapidly spreading novel corona virus, COVID-19, had developed into a global pandemic. On March 13, 2020, the United States declared a National Emergency concerning the COVID-19 outbreak. On March 23, 2020, the Commonwealth of Massachusetts issued a stay-at-home advisory and closed all non-essential businesses in light of COVID-19. On March 30, 2020, The United States District Court, District of Massachusetts postponed all jury trials and grand jury proceedings until May 29, 2020 because of COVID-19.

3. COVID-19, and remedial measures taken to combat COVID-19, have had an unprecedented and unforeseeable impact on the parties' normal business operations.

4. In light of the COVID-19 public health crisis, Petitioner respectfully requests that the Court amend the case schedule as follows. Respondents consent.

    a. Petitioner's motion for summary judgment shall be due May 6, 2020;

    b. Respondents' opposition and cross-motion for summary judgment shall due June 24, 2020;

    c. Petitioner's opposition to Respondents' cross motion for summary judgment and reply to Respondents' opposition shall be due July 15, 2020; and

    d. Respondents' reply to Petitioner's opposition to the cross-motion for summary judgment shall be due August 7, 2020.

[SIGNATURE PAGE TO FOLLOW]

Dated: April 7, 2020

Respectfully submitted,

By: */s/ Lindsey Sullivan*
Lindsey Sullivan (admitted *pro hac*)
Vito A. Iaia
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Tel: 312-845-1200
lindsey.sullivan@ropesgray.com
vito.iaia@ropesgray.com

Matthew R. Segal (BBO # 654489)
Laura Rótolo (BBO # 665247)
Adriana Lafaille (BBO # 680210)
American Civil Liberties Union
Foundation of Massachusetts
211 Congress Street, Suite 301
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
lrotolo@aclum.org
alafaille@aclum.org

Laura Murray-Tjan (BBO # 649609)
Federal Immigration Appeals Project, PLLC
Six Beacon Street, Suite 900
Boston, MA 02108
(617) 580-1717
laura@fiapboston.com

*Attorneys for Petitioner Sreynuon Lunn*

## LOCAL RULE 7.1 CERTIFICATION

  Pursuant to Local Rule 7.1, Petitioner's counsel conferred with counsel for Respondents on April 6 and 7, 2020 to discuss the issues raised herein. Respondents' counsel assented to the motion.

*/s/ Vito A. Iaia*
Vito A. Iaia

## CERTIFICATE OF SERVICE

  I, hereby certify that, on April 7, 2020, the foregoing document was filed through the Electronic Court Filing system and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

Dated: April 7, 2020

*/s/ Vito A. Iaia*
Vito A. Iaia

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SREYNUON LUNN, | ) <br> ) <br> ) |
| Petitioner, | ) Civil Action No. 17-10938-IT |
| v. | ) <br> ) |
| YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*, | ) <br> ) <br> ) <br> ) |
| Respondents. | ) |

## **(PROPOSED) ORDER TO AMEND THE CASE SCHEDULE**

Good cause appearing upon reading of the Assented-to Motion to Amend the Case Schedule, it is hereby ORDERED that the proposed schedule is entered.

IT IS SO ORDERED

Dated: _____, 2020          By: _____
                                                                                                                                    The Honorable Indira Talwani
                                                                                                                                    United States District Judge