# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SREYNUON LUNN, )<br>)<br>             Petitioner, )<br>   v. )<br>)<br>YOLANDA SMITH, Superintendent of )<br>Suffolk County House of Correction, )<br>*et al.*, )<br>            Respondents. ) | Civil Action No. 17-cv-10938-IT |

## ASSENTED-TO MOTION TO AMEND THE CASE SCHEDULE

1. On March 19, 2020, the Court entered ECF No. 112 setting forth the summary judgment briefing schedule. Following an extension entered on April 8, 2020 (ECF No. 114), the schedule, *inter alia*, set Petitioner's deadline to move for summary judgment to be May 6, 2020.

2. On March 11, 2020, the World Health Organization announced that a rapidly spreading novel coronavirus, COVID-19, had developed into a global pandemic. On March 13, 2020, the United States declared a National Emergency concerning the COVID-19 outbreak. On March 23, 2020, the Commonwealth of Massachusetts issued a stay-at-home advisory and closed all non-essential businesses in light of COVID-19. On March 30, 2020, The United States District Court, District of Massachusetts postponed all jury trials and grand jury proceedings until May 29, 2020, and on April 14, 2020, closed all public counters to the public because of COVID-19.

3. COVID-19, and remedial measures taken to combat COVID-19, have continued to adversely impact the parties' normal business operations.

4. In light of the COVID-19 public health crisis, Petitioner respectfully requests that the Court amend the case schedule as follows. Respondents consent.

    a. Petitioner's motion for summary judgment shall be due May 27, 2020;

    b. Respondents' opposition and cross-motion for summary judgment shall due July 15, 2020;

    c. Petitioner's opposition to Respondents' cross motion for summary judgment and reply to Respondents' opposition shall be due August 5, 2020; and

    d. Respondents' reply to Petitioner's opposition to the cross-motion for summary judgment shall be due September 3, 2020.

Dated:  April 27, 2020

Respectfully submitted,

By: */s/  Lindsey Sullivan*
　　Lindsey Sullivan (admitted *pro hac*)
　　Vito A. Iaia
　　Ropes & Gray LLP
　　191 North Wacker Drive, 32nd Floor
　　Chicago, Illinois 60606
　　Tel: 312-845-1200
　　lindsey.sullivan@ropesgray.com
　　vito.iaia@ropesgray.com

　　Matthew R. Segal (BBO # 654489)
　　Laura Rótolo (BBO # 665247)
　　Adriana Lafaille (BBO # 680210)
　　American Civil Liberties Union
　　Foundation of Massachusetts
　　211 Congress Street, Suite 301
　　Boston, MA 02110
　　(617) 482-3170
　　msegal@aclum.org
　　lrotolo@aclum.org
　　alafaille@aclum.org

　　Laura Murray-Tjan (BBO # 649609)
　　Federal Immigration Appeals Project, PLLC
　　Six Beacon Street, Suite 900
　　Boston, MA 02108
　　(617) 580-1717
　　laura@fiapboston.com

　　*Attorneys for Petitioner Sreynuon Lunn*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, Petitioner's counsel conferred with counsel for Respondents on April 27, 2020 to discuss the issues raised herein.  Respondents' counsel assented to the motion.

*/s/ Vito A. Iaia*
Vito A. Iaia

## **CERTIFICATE OF SERVICE**

I, hereby certify that, on April 27, 2020, the foregoing document was filed through the Electronic Court Filing system and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

Dated: April 27, 2020

*/s/ Vito A. Iaia*
Vito A. Iaia