# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SREYNUON LUNN,<br><br>    Petitioner,<br> v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*,<br><br>    Respondents. | Civil Action No. 17-cv-10938-IT |

## **FINAL ASSENTED-TO MOTION TO AMEND THE CASE SCHEDULE**

1. Following two prior extensions, on April 28, 2020, the Court entered ECF No. 116 setting forth an amended summary judgment briefing schedule. The schedule, *inter alia*, set Petitioner's deadline to move for summary judgment to be May 27, 2020.

2. The public health crisis caused by COVID-19, and the remedial measures taken to combat COVID-19, have continued to adversely impact the parties' normal business operations.

3. In light of the COVID-19 public health crisis, Petitioner respectfully requests that the Court grant a final seven-day amendment to the case schedule as follows. Respondents consent.

    a. Petitioner's motion for summary judgment shall be due June 3, 2020;

    b. Respondents' opposition and cross-motion for summary judgment shall due July 22, 2020;

    c. Petitioner's opposition to Respondents' cross motion for summary judgment and reply to Respondents' opposition shall be due August 12, 2020; and

    d. Respondents' reply to Petitioner's opposition to the cross-motion for summary judgment shall be due September 4, 2020.

Dated: May 22, 2020

Respectfully submitted,

By: /s/ *Lindsey Sullivan*
Lindsey Sullivan (admitted *pro hac*)
Vito A. Iaia
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Tel: 312-845-1200
lindsey.sullivan@ropesgray.com
vito.iaia@ropesgray.com

Matthew R. Segal (BBO # 654489)
Laura Rótolo (BBO # 665247)
Adriana Lafaille (BBO # 680210)
American Civil Liberties Union
Foundation of Massachusetts
211 Congress Street, Suite 301
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
lrotolo@aclum.org
alafaille@aclum.org

Laura Murray-Tjan (BBO # 649609)
Federal Immigration Appeals Project, PLLC
Six Beacon Street, Suite 900
Boston, MA 02108
(617) 580-1717
laura@fiapboston.com

*Attorneys for Petitioner Sreynuon Lunn*

## LOCAL RULE 7.1 CERTIFICATION

   Pursuant to Local Rule 7.1, Petitioner's counsel conferred with counsel for Respondents on May 22, 2020 to discuss the issues raised herein.  Respondents' counsel assented to the motion.

/s/ Vito A. Iaia
Vito A. Iaia

## CERTIFICATE OF SERVICE

   I, hereby certify that, on May 22, 2020, the foregoing document was filed through the Electronic Court Filing system and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

Dated: May 22, 2020

/s/ Vito A. Iaia
Vito A. Iaia
