## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SREYNUON LUNN,<br><br>       Petitioner,<br>v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*,<br><br>       Respondents. | )<br>)<br>)<br>) Civil Action No. 17-10938-IT<br>)<br>)<br>)<br>)<br>)<br>) |

## **(PROPOSED) ORDER TO AMEND THE CASE SCHEDULE**

Good cause appearing upon reading of the Assented-to Motion to Amend the Case Schedule, it is hereby ORDERED that the proposed schedule is entered.

IT IS SO ORDERED

Dated: _____, 2020          By: _____
                                                                 The Honorable Indira Talwani
                                                                 United States District Judge