## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SREYNUON LUNN, | ) |
|  | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 17-cv-10938-IT |
|  | ) |
| YOLANDA SMITH, Superintendent of | ) |
| Suffolk County House of Correction, | ) |
| *et al.*, | ) |
| Respondents. | ) |

### ASSENTED-TO MOTION TO AMEND THE CASE SCHEDULE

1. On July 16, 2020 the Court entered ECF No. 125, which set forth an amended summary judgment briefing schedule.  The revised schedule, *inter alia*, set Petitioner's deadline to file an opposition to Respondents' cross motion for summary judgment and reply to Respondents' opposition for August 14, 2020.

2. In light of competing deadlines that have unexpectedly arisen, Petitioner requests a one-week extension of the existing briefing schedule.

3. Petitioner conferred with Respondents on August 11, 2020 regarding this request. Respondents did not oppose the request.

4. Petitioner respectfully requests that the Court amend the case schedule as follows.

   a. Petitioner's opposition to Respondents' cross motion for summary judgment and reply to Respondents' opposition shall be due August 21, 2020; and

   b. Respondents' reply to Petitioner's opposition to the cross-motion for summary judgment shall be due September 11, 2020.

Dated:  August 11, 2020

Respectfully submitted,

By: */s/  Lindsey Sullivan*
     Lindsey Sullivan (admitted *pro hac*)
     Vito A. Iaia
     Ropes & Gray LLP
     191 North Wacker Drive, 32nd Floor
     Chicago, Illinois 60606
     Tel: 312-845-1200
     lindsey.sullivan@ropesgray.com
     vito.iaia@ropesgray.com

     Matthew R. Segal (BBO # 654489)
     Laura Rótolo (BBO # 665247)
     Adriana Lafaille (BBO # 680210)
     American Civil Liberties Union
     Foundation of Massachusetts
     211 Congress Street, Suite 301
     Boston, MA 02110
     (617) 482-3170
     msegal@aclum.org
     lrotolo@aclum.org
     alafaille@aclum.org

     Laura Murray-Tjan (BBO # 649609)
     Federal Immigration Appeals Project,
     PLLC
     Six Beacon Street, Suite 900
     Boston, MA 02108
     (617) 580-1717
     laura@fiapboston.com

     *Attorneys for Petitioner Sreynuon Lunn*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, Petitioner's counsel conferred with counsel for Respondents on August 11, 2020 to discuss the issues raised herein.  Respondents' counsel did not oppose the motion.

*/s/ Vito A. Iaia___*
Vito A. Iaia

## **CERTIFICATE OF SERVICE**

I, hereby certify that, on August 11, 2020, the foregoing document was filed through the Electronic Court Filing system and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

Dated: August 11, 2020

*/s/ Vito A. Iaia___*
Vito A. Iaia

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| SREYNUON LUNN, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 17-10938-IT |
| v. ) | |
| ) | |
| YOLANDA SMITH, Superintendent of ) | |
| Suffolk County House of Correction, ) | |
| *et al.*, ) | |
| Respondents. ) | |

---

## (PROPOSED) ORDER TO AMEND THE CASE SCHEDULE

Good cause appearing upon reading of the Assented-to Motion to Amend the Case

Schedule, it is hereby ORDERED that the proposed schedule is entered.


        IT IS SO ORDERED

Dated: _____, 2020        By: _____
                                              The Honorable Indira Talwani
                                              United States District Judge