# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN, | ) |
| | ) |
|       Petitioner, | ) Civil Action No. 17-cv-10938-IT |
|   v. | ) |
| | ) |
| YOLANDA SMITH, Superintendent of | ) |
| Suffolk County House of Correction, | ) |
| *et al.*, | ) |
|       Respondents. | ) |

## ASSENTED-TO MOTION TO AMEND THE CASE SCHEDULE

1. On January 8, 2021, the Court entered ECF No. 134, setting a hearing for January 26, 2021 on the parties' competing summary judgment motions.

2. Following the Court's order of January 8, 2021, the parties have conferred and agreed to pursue settlement discussions.

3. In light of the possibility of resolving his claims through settlement, Petitioner respectfully requests that the Court continue the hearing now set for January 26, 2021 to allow the parties time to conduct settlement discussions.

//

//

//

Dated:  January 20, 2021          Respectfully submitted,

By: */s/  Lindsey Sullivan*

    Lindsey Sullivan (admitted *pro hac*)
    Vito A. Iaia
    Ropes & Gray LLP
    191 North Wacker Drive, 32nd Floor
    Chicago, Illinois 60606
    Tel: 312-845-1200
    lindsey.sullivan@ropesgray.com
    vito.iaia@ropesgray.com

    Matthew R. Segal (BBO # 654489)
    Laura Rótolo (BBO # 665247)
    Adriana Lafaille (BBO # 680210)
    American Civil Liberties Union
    Foundation of Massachusetts
    211 Congress Street, Suite 301
    Boston, MA 02110
    (617) 482-3170
    msegal@aclum.org
    lrotolo@aclum.org
    alafaille@aclum.org

    Laura Murray-Tjan (BBO # 649609)
    Federal Immigration Appeals Project, PLLC
    108 Ivy Street
    Brookline, MA 02446
    (617) 580-1717
    laura@fiapboston.com

    *Attorneys for Petitioner Sreynuon Lunn*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, Petitioner's counsel conferred with counsel for Respondents on January 19 and 20, 2021 to discuss the issues raised herein.  Respondents' counsel assented to the motion.

*/s/ Vito A. Iaia*
Vito A. Iaia

## **CERTIFICATE OF SERVICE**

I, hereby certify that, on January 20, 2021, the foregoing document was filed through the Electronic Court Filing system and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

Dated: January 20, 2021

*/s/ Vito A. Iaia*
Vito A. Iaia