# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>    Petitioner,<br><br>v.<br><br>YOLANDA SMITH, Superintendent of<br>Suffolk Country House of Correction, et al.,<br><br>    Respondents. | Civil No. 17-cv-10938-IT<br><br>Judge Indira Talwani |

## JOINT STATUS REPORT

The undersigned attorneys of record hereby submit this joint status report in accordance with the Court's order issued January 21, 2021.  *See* Minute Order, ECF No. 137.  In support of this joint status report, the parties state as follows:

1. On September 11, 2020, the Parties completed their motion for summary judgement briefing with the filing of Respondents' reply in support of their cross-motion for summary judgment.  *See* ECF No. 133.  On January 8, 2021, this Court issued a notice, setting the hearing on the motions for summary judgement for January 26, 2021.  *See* ECF No. 134.

2. On January 21, 2021, the Court approved a joint stipulation filed by the parties to stay all deadlines in this matter pending the results of the parties' settlement discussions.  *See* ECF No. 136. The hearing date for the motion for summary judgment briefing was thus vacated so the parties could discuss settlement.  *See* ECF No. 137

3. The parties continue to negotiate an administrative resolution of this matter

without the need for further intervention by the Court.

      4. The parties respectfully request the Court order a subsequent status report to be

filed at least 45 days from today's date, or by Monday, May 17, 2021.


DATED this 29th day of March, 2021.


*/s/ Lindsay M. Vick*
Trial Attorney
Attorney for Respondents


*/s/ Vito A. Iaia (with permission)*
Attorney for Petitioner

Vito A. Iaia
Ropes and Gray, LLP
191 N. Wacker Dr. 32 Fl
Chicago, IL 60606
(312) 669-4830
Vito.Iaia@ropesgray.com


Matthew R. Segal (BBO # 654489)
Laura Rótolo (BBO # 665247)
Adriana Lafaille (BBO # 680210)
American Civil Liberties Union
Foundation of Massachusetts
211 Congress Street, Suite 301 Boston,
MA 02110
(617) 482-3170
msegal@aclum.org
lrotolo@aclum.org
alafaille@aclum.org


Laura Murray-Tjan (BBO # 649609)
Federal Immigration Appeals Project,
PLLC
499 Adams Street #272
Milton, MA 02186
(617) 580-1717
laura@fiapboston.com
Attorneys for Petitioner Sreynuon Lunn


Attorneys for Petitioner

BRIAN M. BOYNTON
Acting Assistant Attorney General
United States Department of Justice
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
LINDSAY M. VICK
Trial Attorney
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
(202) 532-4023
lindsay.vick@usdoj.gov

Attorneys for Respondents