UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN, | ) |
| | ) |
| Petitioner, | ) |
| | ) C.A. No. 1:17-10938-IT |
| v. | ) |
| | ) |
| YOLANDA SMITH, Superintendent of Suffolk, | ) |
| County House of Correction, et al., | ) |
| | ) |
| Respondents. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that Lindsay M. Vick respectfully withdraws her appearance on behalf of Respondents Yolanda Smith, et al., due to her departure from the Office of Immigration Litigation – District Court Section. Lead Counsel, Susan Imerman, will serve as counsel of record for Respondents.

Dated: August 27, 2021

By: /s/ *Lindsay M. Vick*
LINDSAY M. VICK
MA Bar# 685569
Trial Attorney
Department of Justice
Civil Division
Office of Immigration Litigation
Appellate Section
P.O. Box 878
Washington, DC 20044
Tel: (202) 532-4023
Email: Lindsay.vick@usdoj.gov

# CERTIFICATE OF SERVICE

I, Lindsay M. Vick, an attorney, hereby certify that I filed the Notice of Withdrawal of Appearance using the CM/ECF system on August 27, 2021. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Lindsay M. Vick*
LINDSAY M. VICK
Trial Attorney
Department of Justice