UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
SREYNUON LUNN,                     )
                                   )
    Petitioner,                    )
                                   )  C.A. No. 1:17-10938-IT
    v.                             )
                                   )
YOLANDA SMITH, Superintendent of Suffolk, )
County House of Correction,        )
                                   )
    Respondent.                    )
_____)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kathleen A. Connolly respectfully withdraws her appearance on behalf of Respondent Yolanda Smith, et al., on the grounds that her employment with the Office of Immigration Litigation – District Court Section has ended. Lead Counsel, Susan Imerman, will serve as counsel of record for Respondent.


Dated: September 1, 2021           By:   /s/ *Kathleen A. Connolly*
                                         KATHLEEN A. CONNOLLY
                                         DC Bar 989085
                                         Assistant Director
                                         Department of Justice
                                         Civil Division
                                         Office of Immigration Litigation
                                         Enforcement Section
                                         P.O. Box 868
                                         Washington, DC 20044
                                         Tel: (202) 305-8627
                                         Fax: (202) 307-8781
                                         Email: Kathleen.a.connolly@usdoj.gov

2
**CERTIFICATE OF SERVICE**
C.A. No. 1:17-cv-10938-IT

I hereby certify that a true copy of the above Notice of Withdrawal was served upon the attorney of record for each other party on September 1, 2021, through the CM/ECF for the District of Massachusetts. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Kathleen A. Connolly*
KATHLEEN A. CONNOLLY
Assistant Director
United States Department of Justice