# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>   Petitioner,<br><br>v.<br><br>YOLANDA SMITH, Superintendent of Suffolk Country House of Correction, et al.,<br><br>   Respondents. | Civil No. 17-cv-10938-IT<br><br>Judge Indira Talwani |

## JOINT STATUS REPORT

The undersigned attorneys of record hereby submit this joint status report in accordance with the Court's order issued July 19, 2021. *See* ECF No. 145. In support of this joint status report, the parties state as follows:

1. On September 11, 2020, the Parties completed their motion for summary judgement briefing with the filing of Respondents' reply in support of their cross-motion for summary judgment. *See* ECF No. 133. On January 8, 2021, this Court issued a notice, setting the hearing on the motions for summary judgement for January 26, 2021. *See* ECF No. 134.

2. On January 21, 2021, the Court approved a joint stipulation filed by the parties to stay all deadlines in this matter pending the results of the parties' settlement discussions. *See* ECF No. 136. On March 26, 2021, the Court approved a joint stipulation filed by the parties to continue the stay while negotiations continued and ordered the parties to submit a status report by May 17, 2021. *See* ECF No. 141. On May 18, 2021, the Court approved

a second joint stipulation filed by the parties to continue the stay while negotiations continued and ordered the parties to submit a status report by July 16, 2021. *See* ECF No. 143. On July 19, 2021, the Court approved a third joint stipulation filed by the parties to continue the stay while negotiations continued and ordered the parties to submit a status report by September 13, 2021. *See* ECF No. 145.

      3. The parties continue to negotiate a potential administrative resolution of this matter without the need for further intervention by the Court.

      4. The parties respectfully request the Court order a subsequent status report to be filed at least 60 days from today's date, or by November 12, 2021.

DATED this 10th day of September, 2021.

*/s/Vito Iaia*
Attorney for Petitioner

*/s/Susan Imerman*
Trial Attorney
Attorney for Respondents

| | |
|---|---|
| Vito A. Iaia<br>Ropes and Gray, LLP<br>191 N. Wacker Dr. 32 Fl<br>Chicago, IL  60606<br>(312) 845-1264<br>Vito.Iaia@ropesgray.com | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>United States Department of Justice<br><br>WILLIAM C. PEACHEY<br>Director<br>SAMUEL P. GO<br>Assistant Director<br>SUSAN IMERMAN<br>Trial Attorney<br>Office of Immigration Litigation<br>Ben Franklin Station, P.O. Box 868<br>Washington, DC  20044<br>(202) 532-4143<br>susan.imerman @usdoj.gov<br><br>Attorneys for Respondents |
| Matthew R. Segal (BBO # 654489)<br>Laura Rótolo (BBO # 665247)<br>Adriana Lafaille (BBO # 680210)<br>American Civil Liberties Union<br>Foundation of Massachusetts<br>211 Congress Street, Suite 301 Boston, MA 02110<br>(617) 482-3170<br>msegal@aclum.org<br>lrotolo@aclum.org<br>alafaille@aclum.org | |

Laura Murray-Tjan (BBO # 649609)
Federal Immigration Appeals Project, PLLC
499 Adams Street #272
Milton, MA 02186
(617) 580-1717
laura@fiapboston.com
Attorneys for Petitioner Sreynuon Lunn

Attorneys for Petitioner