UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>     Petitioner,<br><br>v.<br><br>YOLANDA SMITH, Superintendent of Suffolk County House of Correction, *et al.*,<br><br>     Respondents. | )<br>)<br>)<br>)<br>) Civil No. 17-cv-10938-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephanie A. Fagan as counsel for Petitioner Sreynuon Lunn in the above-captioned matter.

Dated:  May 6, 2024       Respectfully submitted,

                By: /s/ Stephanie A. Fagan
                  Stephanie A. Fagan
                  BBO #705329
                  Ropes & Gray LLP
                  800 Boylston Street
                  Prudential Tower
                  Boston, MA 02199
                  (617) 951-7000
                  Stephanie.Fagan@ropesgray.com

-2-

## CERTIFICATE OF SERVICE

I, Stephanie A. Fagan, hereby certify that the foregoing **NOTICE OF APPEARANCE** was filed through the Electronic Court Filing system on May 6, 2024, and a copy thereof will be sent electronically to the registered recipients and the counsel of record as identified on the Notice of Electronic Filing.

/s/ *Stephanie A. Fagan*
Stephanie A. Fagan