## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN, | Civil No. 17-cv-10938-IT |
| Petitioner, | |
| v. | |
| | Judge Indira Talwani |
| YOLANDA SMITH, Superintendent of Suffolk Country House of Correction, et al., | |
| Respondents. | |

### JOINT STATUS REPORT

The undersigned attorneys of record hereby submit this joint status report in accordance with the Court's order issued May 15, 2024. *See* ECF No. 194.  In support of this joint status report, the parties state as follows:

1. On May 15, 2024, the Court extended the stay in this matter in light of the joint status report filed by the parties on May 13, 2024, which explained that the formal written settlement agreement, containing the key terms previously agreed to by the parties, was still under review by U.S. Department of Justice ("DOJ") leadership. *See* ECF No. 193; ECF No. 194.

2. DOJ leadership's review remains ongoing. Once DOJ leadership completes its review process and provides a final determination on the settlement agreement, the parties will promptly notify this Court, and, if approved, execute a finalized settlement agreement in short order that will resolve this litigation.

3. Given that the review process remains ongoing and the parties are awaiting final approval of the settlement agreement, the parties respectfully request that the Court extend

2

the stay and order a subsequent status report to be filed at least 30 days from the June 12,

2024 status report deadline, or by July 12, 2024.

DATED this 12th day of June, 2024.

*Stephanie A. Fagan*
Stephanie A. Fagan
Attorney for Petitioner

*James C. Graulich*
James C. Graulich
Trial Attorney
Attorney for Respondents

Daniel V. McCaughey (BBO # 662037)
Andrew Cashmore (BBO #714079)
Stephanie A. Fagan (BBO # 705329)
Ropes and Gray, LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000
daniel.mccaughey@ropesgray.com
Andrew.Cashmore@ropesgray.com
Stephanie.Fagan@ropesgray.com

Laura Rótolo (BBO # 665247)
Adriana Lafaille (BBO # 680210)
American Civil Liberties Union
Foundation of Massachusetts
211 Congress Street, Suite 301 Boston,
MA 02110
(617) 482-3170
lrotolo@aclum.org
alafaille@aclum.org

Laura Murray-Tjan (BBO # 649609)
Federal Immigration Appeals Project,
PLLC
499 Adams Street #272
Milton, MA 02186
(617) 580-1717
laura@fiapboston.com

Attorneys for Petitioner Sreynuon Lunn

BRIAN M. BOYNTON
Principal Deputy Attorney General
United States Department of Justice

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Assistant Director

NICOLE P. GRANT
Senior Litigation Counsel

JAMES C. GRAULICH
FL Bar# 89804
Trial Attorney
Department of Justice
Civil Division Office of Immigration
Litigation District Court Section
P.O. Box 868 Washington, DC 20044 Tel:
(202) 598-0246
james.c.graulich@usdoj.gov

Attorneys for Respondents