AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| SREYNUON LUNN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-10938 |
| YOLANDA SMITH, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yolanda Smith, et al., federal Defendants.

Date:   09/04/2024

/s/ Malcolm McDermond
*Attorney's signature*

Malcolm McDermond (N.Y. Bar No. 5780861)
*Printed name and bar number*

P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
*Address*

Malcolm.I.McDermond@usdoj.gov
*E-mail address*

(202) 616-4883
*Telephone number*

(202) 305-7000
*FAX number*