IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN, <br><br> Petitioner, <br><br> v. <br><br> YOLANDA SMITH, Superintendent of Suffolk Country House of Correction, et al., <br><br> Respondents. | Civil No. 17-cv-10938-IT <br><br><br> Judge Indira Talwani |

## NOTICE OF WITHDRAWAL

Please take notice that James C. Graulich, Trial Attorney, hereby withdraws as counsel of record for all Respondents[1], Yolanda Smith, Superintendent of Suffolk Country House of Correction, et al.

Respectfully submitted on September 5, 2024.

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant
                                            Attorney General

                                            WILLIAM C. PEACHEY
                                            Director, District Court Section
                                            Office of Immigration Litigation

                                            SAMUEL P. GO
                                            Assistant Director

                                            NICOLE P. GRANT
                                            Senior Litigation Counsel

---

[1]     Defendants, federal officials sued in their official capacities, are automatically substituted in place of the previous holders of their office. *See* Fed. R. Civ. P. 25(d).

/s/ *James C. Graulich III*
JAMES C. GRAULICH III
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Florida Bar # - 89804
P.O. Box 868, Ben Franklin Station
Washington, D.C., 20044
(202) 598-0246
james.c.graulich@usdoj.gov