IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>    Petitioner,<br><br>v.<br><br>YOLANDA SMITH, Superintendent of Suffolk Country House of Correction, et al.,<br><br>    Respondents. | Civil No. 17-cv-10938-IT<br><br><br>Judge Indira Talwani |

## JOINT STATUS REPORT

The undersigned attorneys of record hereby submit this joint status report in accordance with the Court's order issued August 14, 2024. *See* ECF No. 200. In support of this joint status report, the parties state as follows:

1. On August 14, 2024, the Court extended the stay in this matter in light of the joint status report filed by the parties on August 12, 2024, which explained that the formal written settlement agreement, containing the key terms previously agreed to by the parties, was still under review by U.S. Department of Justice ("DOJ") leadership. *See* ECF No. 199; ECF No. 200.

2. DOJ leadership's review remains ongoing. Once DOJ leadership completes its review process and provides a final determination on the settlement agreement, the parties will promptly notify this Court, and, if approved, execute a finalized settlement agreement in short order that will resolve this litigation.

3. Given that the review process remains ongoing and the parties are awaiting final approval of the settlement agreement, the parties respectfully request that the Court extend

the stay and order a subsequent status report to be filed at least 30 days from the September 11, 2024 status report deadline, or by October 11, 2024.

DATED this 11th day of September, 2024.


*/s/ Andrew Cashmore*
Andrew Cashmore
Attorney for Petitioner


*/s/ Malcom McDermond*
Malcom McDermond
Trial Attorney
Attorney for Respondents

| | |
|---|---|
| Daniel V. McCaughey (BBO # 662037)<br>Andrew Cashmore (BBO #714079)<br>Ropes and Gray, LLP<br>800 Boylston Street<br>Boston, MA 02199<br>(617) 951-7000<br>daniel.mccaughey@ropesgray.com<br>Andrew.Cashmore@ropesgray.com<br><br>Stephanie A. Fagan (BBO #705329)<br>Ropes and Gray, LLP<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 508-4600<br>Stephanie.Fagan@ropesgray.com<br><br>Laura Rótolo (BBO # 665247)<br>Adriana Lafaille (BBO # 680210)<br>American Civil Liberties Union<br>Foundation of Massachusetts<br>211 Congress Street, Suite 301 Boston, MA 02110<br>(617) 482-3170<br>lrotolo@aclum.org<br>alafaille@aclum.org<br><br>Laura Murray-Tjan (BBO # 649609)<br>Federal Immigration Appeals Project, PLLC<br>499 Adams Street #272<br>Milton, MA 02186<br>(617) 580-1717<br>laura@fiapboston.com<br><br>Attorneys for Petitioner Sreynuon Lunn | BRIAN M. BOYNTON<br>Principal Deputy Attorney General<br>United States Department of Justice<br><br>WILLIAM C. PEACHEY<br>Director<br><br>SAMUEL P. GO<br>Assistant Director<br><br>NICOLE P. GRANT<br>Senior Litigation Counsel<br><br>MALCOLM MCDERMOND<br>NY Bar# 5780861<br>Trial Attorney<br>Department of Justice<br>Civil Division Office of Immigration<br>Litigation District Court Section<br>P.O. Box 868 Washington, DC 20044<br>Tel: (202) 616-4883<br>Malcolm.I.McDermond@usdoj.gov<br><br>Attorneys for Respondents |