# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>  Petitioner,<br><br>v.<br><br>YOLANDA SMITH, Superintendent of Suffolk Country House of Correction, et al.,<br><br>  Respondents. | Civil No. 17-cv-10938-IT<br><br><br>Judge Indira Talwani |

## JOINT STATUS REPORT

The undersigned attorneys of record hereby submit this joint status report in accordance with the Court's order issued September 12, 2024. *See* ECF No. 204. In support of this joint status report, the parties state as follows:

1. On September 12, 2024, the Court extended the stay in this matter in light of the joint status report filed by the parties on September 11, 2024, which explained that the formal written settlement agreement, containing the key terms previously agreed to by the parties, was still under review by U.S. Department of Justice ("DOJ") leadership. *See* ECF No. 203; ECF No. 204.

2. Yesterday, on October 10, 2024, counsel for DOJ informed counsel for Petitioner that DOJ leadership had completed its review of the proposed settlement agreement. Counsel for DOJ provided counsel for Petitioner with proposed revised terms to the settlement agreement, which included changes to the negotiated settlement terms.

3. The parties respectfully request that the Court extend the stay and order a subsequent status report to be filed at least 60 days from the October 11, 2024 status report

2

deadline, or by December 10, 2024, to allow time for counsel's discussion with their client, and discussions between the parties regarding the proposed revised terms. The proposed 60-day extension accounts for upcoming travel by government counsel and intervening holidays.

DATED this 11th day of October, 2024.


*/s/ Andrew Cashmore*
Andrew Cashmore
Attorney for Petitioner


*/s/ Malcom McDermond*
Malcom McDermond
Trial Attorney
Attorney for Respondents

| | |
|---|---|
| Daniel V. McCaughey (BBO # 662037) <br> Andrew Cashmore (BBO #714079) <br> Ropes and Gray, LLP <br> 800 Boylston Street <br> Boston, MA 02199 <br> (617) 951-7000 <br> daniel.mccaughey@ropesgray.com <br> Andrew.Cashmore@ropesgray.com | BRIAN M. BOYNTON <br> Principal Deputy Attorney General <br> United States Department of Justice <br><br> WILLIAM C. PEACHEY <br> Director <br><br> SAMUEL P. GO <br> Assistant Director |
| Stephanie A. Fagan (BBO #705329) <br> Ropes and Gray, LLP <br> 2099 Pennsylvania Avenue, N.W. <br> Washington, DC 20006 <br> (202) 508-4600 <br> Stephanie.Fagan@ropesgray.com | NICOLE P. GRANT <br> Senior Litigation Counsel <br><br> MALCOLM MCDERMOND <br> NY Bar# 5780861 <br> Trial Attorney |
| Laura Rótolo (BBO # 665247) <br> Adriana Lafaille (BBO # 680210) <br> American Civil Liberties Union <br> Foundation of Massachusetts <br> 211 Congress Street, Suite 301 Boston, MA 02110 <br> (617) 482-3170 <br> lrotolo@aclum.org <br> alafaille@aclum.org | Department of Justice <br> Civil Division Office of Immigration <br> Litigation District Court Section <br> P.O. Box 868 Washington, DC 20044 <br> Tel: (202) 616-4883 <br> Malcolm.I.McDermond@usdoj.gov <br><br> Attorneys for Respondents |
| Laura Murray-Tjan (BBO # 649609) <br> Federal Immigration Appeals Project, PLLC <br> 499 Adams Street #272 <br> Milton, MA 02186 <br> (617) 580-1717 <br> laura@fiapboston.com | |
| Attorneys for Petitioner Sreynuon Lunn | |