# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>Petitioner,<br><br>v.<br><br>YOLANDA SMITH, Superintendent of Suffolk Country House of Correction, et al.,<br><br>Respondents. | Civil No. 17-cv-10938-IT<br><br>Judge Indira Talwani |

## JOINT STATUS REPORT

The undersigned attorneys of record hereby submit this joint status report in accordance with the Court's order issued October 11, 2024. *See* ECF No. 206. In support of this joint status report, the parties state as follows:

1. On October 11, 2024, the Court extended the stay in this matter in light of the joint status report filed by the parties on October 11, 2024, which explained that, on October 10, 2024, counsel for the U.S. Department of Justice ("DOJ") informed counsel for Petitioner that DOJ leadership had completed its review of the proposed settlement agreement and provided counsel for Petitioner with proposed revised terms to the settlement agreement. *See* ECF No. 205; ECF No. 206.

2. The parties have since engaged in further settlement discussions, including, most recently, the provision of a counteroffer from Petitioner's counsel in November.

3. The parties have not yet reached a revised final agreement, and respectfully request that the Court extend the stay and order a subsequent status report to be filed at least 45 days from the December 10, 2024 status report deadline, or by January 24, 2025,

to allow time for the intervening holidays and counsels' discussion with their clients, and discussions between the parties regarding the proposed revised terms.

DATED this 10th day of December, 2024.

*/s/ Andrew Cashmore*
Andrew Cashmore
Attorney for Petitioner

*/s/ Malcolm McDermond*
Malcolm McDermond
Trial Attorney
Attorney for Respondents

| | |
|---|---|
| Daniel V. McCaughey (BBO # 662037)<br>Andrew Cashmore (BBO #714079)<br>Ropes and Gray, LLP<br>800 Boylston Street<br>Boston, MA 02199<br>(617) 951-7000<br>daniel.mccaughey@ropesgray.com<br>Andrew.Cashmore@ropesgray.com | BRIAN M. BOYNTON<br>Principal Deputy Attorney General<br>United States Department of Justice<br><br>SAMUEL P. GO<br>Assistant Director<br><br>NICOLE P. GRANT<br>Senior Litigation Counsel |
| Stephanie A. Fagan (BBO #705329)<br>Ropes and Gray, LLP<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 508-4600<br>Stephanie.Fagan@ropesgray.com | MALCOLM MCDERMOND<br>NY Bar# 5780861<br>Trial Attorney<br>Department of Justice<br>Civil Division Office of Immigration<br>Litigation District Court Section |
| Laura Rótolo (BBO # 665247)<br>Adriana Lafaille (BBO # 680210)<br>American Civil Liberties Union<br>Foundation of Massachusetts<br>211 Congress Street, Suite 301 Boston, MA 02110<br>(617) 482-3170<br>lrotolo@aclum.org<br>alafaille@aclum.org | P.O. Box 868 Washington, DC 20044<br>Tel: (202) 616-4883<br>Malcolm.I.McDermond@usdoj.gov<br><br>Attorneys for Respondents |
| Laura Murray-Tjan (BBO # 649609)<br>Federal Immigration Appeals Project, PLLC<br>499 Adams Street #272<br>Milton, MA 02186<br>(617) 580-1717<br>laura@fiapboston.com | |

Attorneys for Petitioner Sreynuon Lunn

3