# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SREYNUON LUNN,<br><br>    Petitioner,<br><br>v.<br><br>YOLANDA SMITH, Superintendent of<br>Suffolk Country House of Correction, et al.,<br><br>    Respondents. | Civil No. 17-cv-10938-IT<br><br><br><br>Judge Indira Talwani |

## JOINT STATUS REPORT

The undersigned attorneys of record hereby submit this joint status report in accordance with the Court's order issued April 29, 2026. *See* ECF No. 233. In support of this joint status report, the parties state as follows:

1.    On April 29, 2026, the Court instructed the parties to file a joint status report by May 27, 2026, in light of the joint status report filed by the parties on April 27, 2026, which explained that the parties were still engaging in further settlement discussions and Respondents were working on finalizing a fulsome counterproposal. *See* ECF No. 232; ECF No. 233.

2.    Respondents provided Petitioner with a counter proposal today, Wednesday, May 27, 2026, in response to Petitioner's December 12, 2025 counterproposal. Petitioner will require time to review this counter proposal.

3.    The parties have not yet reached agreement on final terms and respectfully request that the Court extend the stay and order a subsequent status report to be filed at least 60 days from the May 27, 2026 status report deadline, or by July 27, 2026, to allow

2

time for counsels' discussion with their clients and discussions between the parties regarding the forthcoming offer.

DATED this 27th day of May, 2026.

*/s/ Andrew Cashmore*
Andrew Cashmore
Attorney for Petitioner

*/s/ Malcolm McDermond*
Malcolm McDermond
Trial Attorney
Attorney for Respondents

Daniel V. McCaughey (BBO # 662037)
Andrew Cashmore (BBO #714079)
Ropes and Gray, LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000
daniel.mccaughey@ropesgray.com
Andrew.Cashmore@ropesgray.com

Stephanie A. Fagan (BBO #705329)
Ropes and Gray, LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 508-4600
Stephanie.Fagan@ropesgray.com

Laura Rótolo (BBO # 665247)
Adriana Lafaille (BBO # 680210)
American Civil Liberties Union
Foundation of Massachusetts
211 Congress Street, Suite 301 Boston,
MA 02110
(617) 482-3170
lrotolo@aclum.org
alafaille@aclum.org

Laura Murray-Tjan (BBO # 649609)
Federal Immigration Appeals Project,
PLLC
499 Adams Street #272
Milton, MA 02186
(617) 580-1717
laura@fiapboston.com

Attorneys for Petitioner Sreynuon Lunn

BRETT A. SHUMATE
Assistant Attorney General
United States Department of Justice

SAMUEL P. GO
Assistant Director

NICOLE P. GRANT
Senior Litigation Counsel

MALCOLM MCDERMOND
NY Bar# 5780861
Trial Attorney
Department of Justice
Civil Division Office of Immigration
Litigation
P.O. Box 868 Washington, DC 20044
Tel: (202) 616-4883
Malcolm.I.McDermond@usdoj.gov

Attorneys for Respondents

3